Entered on Docket
March 29, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
JAMES B. MacROBBIE, ESQ.
Nevada Bar No. 7430
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: jeff@sylvesterpolednak.com
*Attorneys for Alleged Debtor William A. Gayler*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WILLIAM A. GAYLER | Case No. BK-S-09-31603-MKN<br>Chapter 7 Involuntary<br><br>Trial Date: March 16, 2010<br>Trial Time: 9:30 a.m. |

## CONDITIONAL ORDER OF DISMISSAL

This matter having come before this Court for a trial of the involuntary petition, Lenard E. Schwartzer, Esq., of the law firm of Schwartzer & McPherson Law Firm appearing on behalf of Petitioning Creditors, the PIUS REIGER FAMILY LTD. PARTNERSHIP, JOHN O'BRIEN PROFIT SHARING PLAN, and ADDISON GLASS, INC. (collectively, the "***Petitioning Creditors***"), and Jeffrey R. Sylvester, Esq. of the law firm of Sylvester & Polednak, Ltd. appearing on behalf of Alleged Debtor WILLIAM A. GAYLER ("***Gayler***"), the Petitioning Creditors and Gayler having entered into binding settlement agreements memorialized in this

Court's record at the above-referenced date and time (the "*Settlement Agreements*"), the Court having considered the proposed settlement of this involuntary case, and good cause appearing,

IT IS HEREBY ORDERED THAT this case is conditionally dismissed.

IT IS HEREBY FURTHER ORDERED THAT, upon the satisfaction of all of the terms and conditions of the Settlement Agreements, the Petitioning Creditors and Gayler shall cause to be lodged with this Court a Final Order of Dismissal and this Court will enter such order.

IT IS HEREBY FURTHER ORDERED THAT, to the extent Gayler fails to satisfy all of the terms and conditions of the Settlement Agreements by April 15, 2010, this Conditional Order of Dismissal shall be void and have no further force and effect and the Petitioning Creditors shall lodge with this Court an Order for Relief pursuant to Chapter 7 of the United States Bankruptcy Code and this Court will enter such order.

APPROVED/~~DISAPPROVED~~:

By: /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
The Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
T: 702.228.7590
F: 702.892.0122
*Attorneys for Petitioning Creditors*

SUBMITTED BY:

By: _____
Jeffrey R. Sylvester, Esq.
James B. MacRobbie, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
T: 702.952.5200
F: 702.952.5205
*Attorneys for Alleged Debtor William A. Gayler*

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

# # #

-3-