**Entered on Docket
March 29, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

Lenard E. Schwartzer (NV Bar No. 0399)
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WILLIAM A. GAYLER<br><br>                Debtor. | Case No.: BK-S-09-31603-MKN<br>Chapter 7<br>**ORDER FOR RELIEF IN INVOLUNTARY CASE**<br>Hearing Date: March 16, 2009<br>Hearing Time: 9:30 a.m. |

    This matter having come before this Court for trial of the involuntary petition; Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm appearing on behalf of the Petitioning Creditors; Jeffrey Sylvester, Esq. of Sylvester & Polednak appearing on behalf of the alleged debtor William A. Gayler ("Gayler"); settlements with the John D. O'Brien Profit Sharing Plan ("O'Brien"), and the Pius Reiger Family Limited Partnership having been stated on the record and orally approved by this Court; the settlement with O'Brien requiring the Debtor to pay O'Brien $100,000 no later than Friday, March 19, 2010; the Debtor having failed to make the required payment to O'Brien; pursuant to the terms of the settlements relief should be granted, and good cause appearing, it is hereby

/ / /

/ / /

/ / /

/ / /

1         **ORDERED** that relief under Chapter 7 of the bankruptcy Code be, and hereby is granted.

2  Prepared by:                                       Approved / Disapproved:

*[signature]*                                            *[signature]*

Lenard E. Schwartzer                   James B. MacRobbie
Schwartzer & McPherson Law Firm      Jeffrey Sylvester, Esq.
2850 South Jones Boulevard, Suite 1     Sylvester & Polednak, Ltd.
Las Vegas, Nevada 89146-5308         7371 Prairie Falcon #120
Attorneys for Petitioning Creditors      Las Vegas, Nevada 89128
                                                    Attorneys for William A. Gayler

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

                                                  ###