

**Entered on Docket
September 07, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, Nevada 89193
Phone: (702) 737-6111

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WILLIAM GAYLER<br><br>Address: 23 GOLDEN SUNRAY<br>　　　　　　LAS VEGAS, NV  89135<br>　　　　　　　　　　Debtor(s) | CASE NO.:  BK-S 09-31603 MKN<br>Chapter 7<br><br>Date: August 4, 2010<br>Time: 11:00 am |

<u>ORDER EXTENDING TIME TO FILE ADVERSARY PROCEEDING FOR NON-DISCHARGE</u>

**THIS MATTER** having come forth for hearing on the 4th day of August, 2010, at 11:00 a.m; Chapter 7 Panel Trustee, James F. Lisowski, Sr. having appeared in person; and this Court having reviewed the pleadings and having entertained oral argument and being well and sufficiently advised as to all other matters thereto orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Trustee's Motion to Extent Time to File Adversary Proceeding for Non-Discharge is granted.

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline to file adversary proceeding for non-discharge is hereby extended to November 1, 2010 and;

**IT IS SO ORDERED.**

Respectfully Submitted:

By: _____
JAMES F. LISOWSKI, SR., ESQ.
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, Nevada 89193
Phone: (702) 737-6111

ALTERNATIVE METHOD RE: RULE 9021

___ The Court has waived the requirement of approval under LR 9021(b)(1).

___ No parties appeared or filed written objections, and there is no other trustee appointed in the case.

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has object to the form or content of the order.

✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved this order, or failed to respond, as indicated below:
(List Parties)

| Party | Approved | Disapproved | Failed To Respond |
|---|---|---|---|
| John D. O'Brien / John D. O'Brien | JDO | | |

###