FILED ELECTRONICALLY
10/21/10

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
       ewright@sheacarlyon.com

*Counsel for City National Bank*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER,<br><br>Debtor. | Case No.: BK-S-09-31603-MKN<br>Chapter 7<br><br>DATE: December 1, 2010<br>TIME: 2:30 p.m. |

### OBJECTION TO EXEMPTIONS

City National Bank ("CNB"), creditor, by and through its counsel, James Patrick Shea, Esq. and Erika M. Wright, Esq., of the law firm of Shea & Carlyon, Ltd., hereby objects to the exemptions claimed by Debtor.

This objection is made pursuant to Fed. R. Bankr. P. Rule 4003(b), and is based upon NRS § 21.090, the attached points and authorities, the pleadings, papers and record on file in

///

///

///

///

this matter, and any evidence and oral argument to be entertained at the time of the hearing of the motion.

DATED this 21st day of October, 2010.

SHEA & CARLYON, LTD.

/s/ Erika M. Wright

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

## POINTS AND AUTHORITIES

### I.    BACKGROUND

1. An involuntary chapter 7 bankruptcy petition was filed on November 11, 2009.

2. Debtor filed a voluntary chapter 7 bankruptcy petition on June 28, 2010.

3. On Debtor's Schedule C, he has listed eleven (11) separate categories of property as exempt. A true and correct copy of the Debtor's Schedule C is attached hereto as **Exhibit "1"**.

4. In Debtor's Schedule C, he has listed two categories, "Stock and Interests in Businesses" and "Interests in Partnerships or Joint Ventures," wherein Debtor has claimed as exempt his interest in over sixty different entities. See id.

5. The meeting of creditors pursuant to § 341(a) was concluded on September 24, 2010.

///

///

2

## II.    LEGAL AUTHORITY

### A.    Objections to Claims of Exemptions.

Fed. R. Bankr. P. 4003(b) provides, in relevant part, as follows:

> [A] party in interest may file an objection to the list of property claimed as exempt within 30 days after the meeting of creditors held under § 341(a) is concluded.

An interested party must object to the claimed exemption within the time period allowed by Fed. R. Bankr. P. 4003(b), or else the interested party waives the objection. Schwab v. Reilly, 130 S. Ct. 2652, 2658 (2010); Taylor v. Freeland & Kronz, 503 U.S. 638, 642-43 (1992).

The meeting of creditors was concluded herein on September 24, 2010. This Motion has been filed within thirty days after the conclusion of the 341 meeting, and thus is timely filed.

### B.    Nevada Exemptions.

Pursuant to NRS §21.090(3), the State of Nevada opted out of the federal exemptions codified at 11 U.S.C. §522 (b)(1) and authorized state exemptions which are codified at NRS 21.090(1). The burden of proof is initially upon the objecting party to show that "the exemptions are not properly claimed." Fed. R. Bankr. Pro. 4003(c). Once the objecting party produces evidence to rebut the presumption, "the burden of production then shifts to the debtor to come forward with unequivocal evidence to demonstrate that the exemption is proper." In re Carter, 182 F.3d 1027, 1029 n. 3 (9th Cir. 1999). "Notwithstanding a liberal interpretation of debtor exemptions, a bankruptcy court, standing as a court of equity, must not tolerate actions by a debtor which cause inequitable distributions of estate property." In re Glass, 164 B.R. 759, 764 (9th Cir. BAP 1994), aff'd, 60 F.3d 565 (9th Cir. 1995).

///

///

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

NRS § 21.090(1)(z) provides:

> Any personal property not otherwise exempt from execution pursuant to this subsection belonging to the judgment debtor, including, without limitation, the judgment debtor's equity in any property, money, stocks, bonds or other funds on deposit with a financial institution, not to exceed $1,000 in total value, to be selected by the judgment debtor.

In Debtor's Schedule C, he has claimed exemptions for over sixty different partnership interests. For each of these partnerships, he lists the value of the claimed exemption as $0.00 and lists the current value of the partnership interests without deducting the interest as "unknown." Debtor's Schedule C indicates that Debtor has invested hundreds of thousands of dollars for the partnership interests.

Debtor submitted to CNB a statement of the Debtor's financial condition as of December 31, 2007, valuing his interests in several of the partnerships listed in his Schedule C in the millions of dollars. The following table lists the values of the entities as reported in the Debtor's financial statement, which correspond to the entities found in the Debtor's Schedule C.

| Interest | Value |
|---|---|
| Cherokee-Icon #2, LLC | $92,000 |
| 360 Life Media Group | $500,000 |
| Mer Soliel LLC | $1,927,500 |
| GCS, LLC | $175,000 |
| Caine Five, LLC | $1,191,300 |
| CH Angelus, LLC | $392,500 |
| CH Angelus II, LLC | $356,300 |
| CH Angelus III, LLC | $143,700 |

| | | |
|---|---|---|
| 1 | CH Angelus IV, LLC | $227,700 |
| 2 | CH Angelus Partners, LLC | $7,110,000 |
| 3 | Chateau Pichon I, LLC | $396,000 |
| 4 | DA 1148, LLC | $298,300 |
| 5 | Diamonte Rose, LLC | $196,900 |
| 6 | Dumol, LLC | $160,000 |
| 7 | Harlan, LLC | $581,500 |
| 8 | Meritage-Gayler, LLC | $263,300 |
| 9 | One Hundred Year, LLC | $718,800 |
| 10 | Sunset I, LLC | $273,600 |
| 11 | Sunset II, LLC | $390,000 |
| 12 | Sunset III, LLC | $844,000 |
| 13 | Sunset III, LLC | $1,108,000 |
| 14 | Sunset IV, LLC | $240,000 |
| 15 | Sunset V, LLC | $120,000 |
| 16 | Sunset VI, LLC | $195,000 |
| 17 | Sunset VII, LLC | $668,700 |
| 18 | Sunset VIII, LLC | $450,000 |
| 19 | Brianhead Investors, LLC | $20,000 |
| 20 | ICON Real Estate Co. | Assets listed at $204,300 |
| 21 | ICON Real Estate Development | Assets listed at $800 |
| 22 | Martha's Vineyard, LLC | Assets listed at $175,200 |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

5

As stated in NRS § 21.090(z), the value of the exemptions under this section cannot exceed $1,000.00. Under such circumstances, there is no possible way that Debtor's interests in over sixty different partnership interests with millions of dollars invested amounts to less than $1,000.00 to fit within the exemption limitations.

### III.   CONCLUSION

Based on the foregoing, CNB respectfully requests that the Court disallow the exemption of the items claimed under "Stock and Interests in Business" and "Interests in Partnerships or Joint Ventures" pursuant to NRS § 21.090(1)(z) as they are stated on the Schedule C. Alternatively, CNB requests that the Court direct the Debtor to include a valuation of each item.

DATED this 21st day of October, 2010.

SHEA & CARLYON, LTD.

*/s/ Erika M. Wright*

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

6

# EXHIBIT "1"

# EXHIBIT "1"

Form B6C
(4/07)

In re  **WILLIAM A. GAYLER**, Debtor

Case No.  **BK-S-09-31603-MKN**

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Nevada State Bank - Checking Acct # 600042346 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Misc. household furniture and paintings | Nev. Rev. Stat. § 21.090(1)(b) | 12,000.00 | 12,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 12 gauge shotgun | Nev. Rev. Stat. § 21.090(1)(a) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| 2 Rado watches and white gold necklace | Nev. Rev. Stat. § 21.090(1)(a) | 3,500.00 | 3,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 9mm Glock, golf clubs, snowboard, tennis racquet, mountain bike | Nev. Rev. Stat. § 21.090(1)(i) | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** | | | |
| State Farm Life Insurance (Term Insurance only) | Nev. Rev. Stat. § 687B.280 | 0.00 | 0.00 |
| **Stock and Interests in Businesses** | | | |
| 100% stock in ICON Real Estate Co | Nev. Rev. Stat. § 21.090(1)(z) | Unknown | Unknown |
| **Interests in Partnerships or Joint Ventures** Partnership: Ch Pichon LLC Date Acquired: 05/98 Percentage Owned: 22.5% Ownership Name: TGF Holding LP Original Investment: 25,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: GCS INC (Jackpotters Bar) Date Acquired: Percentage Owned: 10% Ownership Name: TGF Holding LP Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: GCS LLC Date Acquired: Percentage Owned: 10% Ownership Name: TGF Holding LP Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Charles Krug LLC Date Acquired: 06/99 Percentage Owned: 22.5% Ownership Name: TGF Holding LP Original Investment: $80,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

___7___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(4/07)

In re   WILLIAM A. GAYLER                                                           ,       Case No.  BK-S-09-31603-MKN
                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Partnership: Martha's Vineyard LLC<br>Date Acquired: 03/00<br>Percentage Owned: 99%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $50,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Martha's Vineyard LLC<br>Date Acquired: 03/00<br>Percentage Owned: 1%<br>Ownership Name: Wm Gayler<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Meritage-Gayler LLC<br>Date Acquired: 10/99<br>Percentage Owned: 61.54%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $ | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset I LLC<br>Date Acquired: 04/94<br>Percentage Owned: 4.56%<br>Ownership Name: TGF Holding LP<br>Original Investment: $3,300.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset II LLC<br>Date Acquired: 05/96<br>Percentage Owned: ??<br>Ownership Name: ??<br>Original Investment: $2,278.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset III LLC 011<br>Date Acquired: 07/95<br>Percentage Owned: 15.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $2,528.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset III LLC 010<br>Date Acquired: 01/01<br>Percentage Owned: 35.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset IV LLC<br>Date Acquired: 01/96<br>Percentage Owned: 4%<br>Ownership Name: TGF Holding LP<br>Original Investment: $2,650.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset V LLC<br>Date Acquired: 05/96<br>Percentage Owned: 4%<br>Ownership Name: TGF Holding LP<br>Original Investment: $4,875.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet __1__ of __7__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re  **WILLIAM A. GAYLER**                                                              Case No. **BK-S-09-31603-MKN**
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Partnership: Sunset VI LLC<br>Date Acquired: 07/99<br>Percentage Owned: 6.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $48,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset VII LLC<br>Date Acquired: 03/00<br>Percentage Owned: 12.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $106,250.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset VIII LLC*<br>Date Acquired: 07/05<br>Percentage Owned: 3.75%<br>Ownership Name: TGF Holding LP<br>Original Investment: $186,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sunset VIII LLC<br>Date Acquired:<br>Percentage Owned: .0625%<br>Ownership Name: Dolce-EB<br>Original Investment: $31,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: CH Baron LLC<br>Date Acquired: 02/00<br>Percentage Owned: 12.79%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $262,500.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: ICON Profit Sharing Co LLC<br>Date Acquired: 02/00<br>Percentage Owned: 30%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $56,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Cherokee-ICON #2 LLC<br>Date Acquired: 02/00<br>Percentage Owned: 18.19%<br>Ownership Name: WA Gayler Prop Tr<br>Original Investment: $34,733.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Brianhead Investors LLC<br>Date Acquired:<br>Percentage Owned: 20%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $20,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Screaming Eagle II LLC<br>Date Acquired: 12/00<br>Percentage Owned: 60%<br>Ownership Name: WA Gayler Sep Prop Tru<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet __2__ of __7__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re   **WILLIAM A. GAYLER**                                               Case No. **BK-S-09-31603-MKN**
                              Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Partnership: ICON Real Estate Development LLC<br>Date Acquired:<br>Percentage Owned: Dissolved<br>Ownership Name:<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Harlan LLC<br>Date Acquired: 01/10<br>Percentage Owned: 47%<br>Ownership Name: TGF Holding LP<br>Original Investment: $300,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: ICON Partners LLC<br>Date Acquired:<br>Percentage Owned: Dissolved<br>Ownership Name:<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Caine Five LLC<br>Date Acquired: 09/00<br>Percentage Owned: 5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $40,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Maya I-215 LLC<br>Date Acquired: 02/01<br>Percentage Owned: 1 Unit<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $100,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: ICON Holding Co<br>Date Acquired: 01/01<br>Percentage Owned: 99%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: ICON Holding Co<br>Date Acquired:<br>Percentage Owned: 1%<br>Ownership Name: WA Gayler<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ch Angelus LLC<br>Date Acquired: 01/02<br>Percentage Owned: 50%<br>Ownership Name: TGF Holding LP<br>Original Investment: $30,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ch Angelus II LLC<br>Date Acquired: 05/02<br>Percentage Owned: 7.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $108,125.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re  WILLIAM A. GAYLER                                          Case No.  BK-S-09-31603-MKN
                                    Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Partnership: Ch Angelus III LLC<br>Date Acquired: 04/04<br>Percentage Owned: 12.5%<br>Ownership Name: TGF Holding LP<br>Original Investment: $78,125.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ch Angelus IV LLC<br>Date Acquired: 03/06<br>Percentage Owned: 15%<br>Ownership Name: TGF Holding LP<br>Original Investment: $71,250.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ch Angelus Partners LLC<br>Date Acquired: 09/05<br>Percentage Owned: 10%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Elevation 1142 LLC<br>Date Acquired: 06/02<br>Percentage Owned: 50%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $125,580.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Screaming Eagle LLC<br>Date Acquired: 02/01<br>Percentage Owned: 56.25%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Murano Apts LLC<br>Date Acquired: 06/02<br>Percentage Owned: 10%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $115,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Dominus M-B LLC<br>Date Acquired: 05/02<br>Percentage Owned: 40%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ch Montrose LLC<br>Date Acquired:<br>Percentage Owned: Dissolved<br>Ownership Name:<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Govan Cross LLC<br>Date Acquired: 09/05<br>Percentage Owned: 99%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet   4   of   7   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6C
(4/07)

In re   **WILLIAM A. GAYLER**                                          Case No.  **BK-S-09-31603-MKN**
                                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Partnership: Govan Cross LLC**<br>Date Acquired:<br>Percentage Owned: 1%<br>Ownership Name: WA Gayler<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: Polyrus LLC**<br>Date Acquired: 01/04<br>Percentage Owned: 20%<br>Ownership Name: TGF Holding LP<br>Original Investment: $16,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: One Hundred Year LLC**<br>Date Acquired: 05/02<br>Percentage Owned: 24.2986%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $281,685.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: Diamante Rose LLC**<br>Date Acquired: 05/05<br>Percentage Owned: 11.25%<br>Ownership Name: TGF Holding LP<br>Original Investment: $281,250.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: IPS 3 LLC**<br>Date Acquired: 05/02<br>Percentage Owned: 50%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: IPS 2 LLC**<br>Date Acquired: 05/02<br>Percentage Owned: 60%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: 360 Life Media Group**<br>Date Acquired:<br>Percentage Owned: Dissolved<br>Ownership Name:<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: Dumol LLC**<br>Date Acquired: 04/06<br>Percentage Owned: 1.25%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $20,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Partnership: Dumol LLC**<br>Date Acquired: 04/06<br>Percentage Owned: 10%<br>Ownership Name: Apan Wine LLC<br>Original Investment: $160,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet   __5__   of   __7__   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

In re   WILLIAM A. GAYLER                                    ,          Case No.  BK-S-09-31603-MKN
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Partnership: Axios TC LLC<br>Date Acquired: 01/06<br>Percentage Owned: 50%<br>Ownership Name: TGF Holding LP<br>Original Investment: $111,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Plumpjack LLC<br>Date Acquired: 05/02<br>Percentage Owned: 99%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Plumpjack LLC GP<br>Date Acquired: 05/02<br>Percentage Owned: 1%<br>Ownership Name: WA Gayler<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: IPS 4 LLC<br>Date Acquired: 04/06<br>Percentage Owned: 50%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: DA 1148 LLC<br>Date Acquired: 06/05<br>Percentage Owned: 21%<br>Ownership Name: TGF Holding LP<br>Original Investment: $154,500.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Hartley LLC<br>Date Acquired: 03/05<br>Percentage Owned: 75%<br>Ownership Name: TGF Holding LP<br>Original Investment: $100,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Ornellaia LLC<br>Date Acquired: 12/06<br>Percentage Owned: 37.15%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $100,000.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Apan Wine LLC<br>Date Acquired: 03/05<br>Percentage Owned: 100%<br>Ownership Name: WA Gayler<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Sassicaia LLC<br>Date Acquired: 10/08<br>Percentage Owned: 43%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |

Sheet   6   of   7   continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re   WILLIAM A. GAYLER                                            Case No.   BK-S-09-31603-MKN
                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Partnership: Gayler Family Educational LLC<br>Date Acquired: 03/06<br>Percentage Owned: 100%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: 23 Golden Sunray LLC<br>Date Acquired: 10/03<br>Percentage Owned: 100%<br>Ownership Name: TGF Holding LP<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Redstone Bar & Grill<br>Date Acquired: 07/03<br>Percentage Owned: 35%<br>Ownership Name: WA Gayler Sep Prop Tr<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: Mer Soliel LLC<br>Date Acquired: 03/05<br>Percentage Owned: 60%<br>Ownership Name: Goven Cross LLC<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership: TGF Holding LP<br>Date Acquired: 01/05<br>Percentage Owned: 99%<br>Ownership Name: William Gayler IRR Trust<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| Partnership (Manager Only):<br>Date Acquired:<br>Percentage Owned: 1%<br>Ownership Name: Morpheus<br>Original Investment: $0.00 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2008 Range Rover | Nev. Rev. Stat. § 21.090(1)(f) | 15,000.00 | 31,000.00 |
| **Office Equipment, Furnishings and Supplies**<br>HP laptop, printer, paintings, couch, coffee table | Nev. Rev. Stat. § 21.090(1)(d) | 10,000.00 | 10,000.00 |
| | Total: | 42,700.00 | 59,200.00 |

Sheet   7   of   7   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy