

**Entered on Docket
November 12, 2010**


_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
             ewright@sheacarlyon.com

Counsel for City National Bank

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-31603-mkn |
|---|---|
| WILLIAM A. GAYLER, | Chapter 7 |
| Debtor. | DATE: n/a<br>TIME: n/a |

### ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY

The Court having considered the Stipulation to Extend Deadline to File Complaint Objecting to Discharge or to Determine Dischargeability (the "Stipulation"), attached hereto as Exhibit "A" and good cause appearing therefore:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the deadline for CNB to file a complaint objecting to discharge or to determine dischargeability is extended for sixty (60) days, up to and including December 31, 2010.

SUBMITTED BY:

SHEA & CARLYON, LTD.

*/s/ Erika M. Wright, Esq.*
_____
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Counsel for City National Bank

###

# EXHIBIT "A"

# EXHIBIT "A"

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
            ewright@sheacarlyon.com

Counsel for City National Bank

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-31603-mkn<br>Chapter 7 |
| WILLIAM A. GAYLER, | |
| Debtor. | DATE:  n/a<br>TIME:   n/a |

**STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY**

Debtor, William A. Gayler ("Debtor"), by and through his attorney, Jeffrey R. Sylvester, Esq. of the law firm of Sylvester & Polednak, and creditor, City National Bank ("CNB"), by and through its counsel, James Patrick Shea, Esq. and Erika M. Wright, Esq. of the law firm of Shea & Carlyon, Ltd., hereby stipulate and agree to the extension of the deadline for CNB to file a complaint objecting to discharge of the debtor or to determine dischargeability of certain debts as follows:

WHEREAS, the deadline for CNB to file a complaint objecting to discharge or to determine dischargeability is November 1, 2010; and

WHEREAS, CNB currently has scheduled an examination of the Debtor pursuant to FRBP 2004 on October 27, 2010 to question the Debtor, *inter alia*, on issues regarding non-dischargeability; and

WHEREAS, the parties wish to continue the 2004 examination and extend the deadline for CNB to file a complaint objecting to discharge or to determine dischargeability for sixty (60) days.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The deadline for CNB to file a complaint objecting to discharge or to determine dischargeability shall be extended for sixty (60) days, up to and including December 31, 2010.

2. The 2004 examination of the Debtor currently scheduled for October 27, 2010 shall be continued to a time mutually convenient to the parties, to be taken prior to December 31, 2010.

DATED this 25th day of October, 2010.

| SHEA & CARLYON, LTD. | SYLVESTER & POLEDNAK |
|---|---|
| /s/ Erika M. Wright | |
| JAMES PATRICK SHEA, ESQ. | JEFFREY R. SYLVESTER, ESQ. |
| Nevada Bar No. 000405 | Nevada Bar No. 004936 |
| ERIKA M. WRIGHT, ESQ. | 7371 Prairie Falcon, #120 |
| Nevada Bar No. 011741 | Las Vegas, NV 89128 |
| 701 Bridger Avenue, Suite 850 | Counsel for the Debtor |
| Las Vegas, NV 89101 | |
| Counsel for CNB | |

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432