Entered on Docket
January 07, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
BRANDON P. JOHANSSON
Nevada Bar No. 012003
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ewright@sheacarlyon.com
        bjohansson@sheacarlyon.com

*Counsel for City National Bank*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-31603-MKN<br>Chapter 7 |
| WILLIAM A. GAYLER, | DATE:  December 1, 2010<br>TIME:  2:30 p.m. |
| Debtor. | |

## ORDER RE OBJECTION TO EXEMPTIONS

The Court having conducted a hearing on City National Bank's ("CNB") Objection to Exemptions and the Trustee having joined and separately objected to such exemptions [Dkt.

1

141]; Brandon P. Johansson, Esq. of the law firm Shea & Carlyon, Ltd. appearing on behalf of CNB; Anthony Zmaila, Esq. appearing on behalf of the Trustee; Jay Young, Esq. appearing on behalf of John D. O'Brien, individually and as trustee of the John D. O'Brien Profit Sharing Plan; and Brian C. Whitaker, Esq. appearing on behalf of Byron Lebow; the Court having reviewed and considered the pleadings filed herein and having heard oral argument of counsel; with no opposition being made; and for good cause appearing;

IT IS HEREBY ORDERED:

1. That CNB's Objection to Exemptions is hereby granted;

2. That the claimed exemption, on Debtor's petition, for "Stock and Interests in Businesses," is hereby disallowed;

3. That all claimed exemptions, on Debtor's petition, for "Interests in Partnerships or Joint Ventures," are hereby disallowed; and

4. That the Trustee's Objection is hereby granted.

SUBMITTED BY:

SHEA & CARLYON, LTD.

*[signature]*

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
BRANDON P. JOHANSSON
Nevada Bar No. 012003
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
*Attorneys for City National Bank*

///

///

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1  **APPROVED**/DISAPPROVED BY:

2

3  _____
   ANTHONY A. ZMAILA
4  Nevada Bar No. 002319
   265 East Warm Springs Rd., Suite 100
5  Las Vegas, NV 89119
   *Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*
6

7  APPROVED/DISAPPROVED BY:

8  Failed to Respond

9  _____

10 JAY YOUNG, ESQ.
   Nevada Bar No. 005562
11 10001 Park Run Drive
   Las Vegas, NV 89145
12 *Attorneys for John D. O'Brien, individually and as Trustee of the John D. O'Brien Profit
13 Sharing Plan*

14 **APPROVED**/DISAPPROVED BY:

15

16 _____
   EDWARD J. HANIGAN, ESQ.
17 Nevada Bar No. 000242
   2580 Anthem Village Dr.
18 Henderson, NV 89052
19 *Attorney for The Eliot A. Alper Revocable Trust dated March 22, 1999*

20 **APPROVED**/DISAPPROVED BY:

21 /s/ Brian C. Whitaker

22 _____
   BRIAN C. WHITAKER, ESQ.
23 Nevada Bar No. 002329
   1349 Galleria Drive, Suite 200
24 Henderson, NV 89014
25 *Attorneys for Byron Lebow*

26

27

28

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

APPROVED/DISAPPROVED BY:

*[signature]*

ANTHONY A. ZMAILA
Nevada Bar No. 002319
265 East Warm Springs Rd., Suite 100
Las Vegas, NV 89119
*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

APPROVED/DISAPPROVED BY:

_____
JAY YOUNG, ESQ.
Nevada Bar No. 005562
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for John D. O'Brien, individually and as Trustee of the John D. O'Brien Profit Sharing Plan*

APPROVED/DISAPPROVED BY:

_____
EDWARD J. HANIGAN, ESQ.
Nevada Bar No. 000242
2580 Anthem Village Dr.
Henderson, NV 89052
*Attorney for The Eliot A. Alper Revocable Trust dated March 22, 1999*

APPROVED/DISAPPROVED BY:

_____
BRIAN C. WHITAKER, ESQ.
Nevada Bar No. 002329
1349 Galleria Drive, Suite 200
Henderson, NV 89014
*Attorneys for Byron Lebow*

APPROVED/DISAPPROVED BY:

_____
ANTHONY A. ZMAILA
Nevada Bar No. 002319
265 East Warm Springs Rd., Suite 100
Las Vegas, NV 89119
*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

APPROVED/DISAPPROVED BY:

_____
JAY YOUNG, ESQ.
Nevada Bar No. 005562
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for John D. O'Brien, individually and as Trustee of the John D. O'Brien Profit Sharing Plan*

(APPROVED)/DISAPPROVED BY:

*/s/ Edward J. Hanigan*
EDWARD J. HANIGAN, ESQ.
Nevada Bar No. 000242
2580 Anthem Village Dr.
Henderson, NV 89052
*Attorney for The Eliot A. Alper Revocable Trust dated March 22, 1999*

APPROVED/DISAPPROVED BY:

_____
BRIAN C. WHITAKER, ESQ.
Nevada Bar No. 002329
1349 Galleria Drive, Suite 200
Henderson, NV 89014
*Attorneys for Byron Lebow*

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

3

APPROVED/DISAPPROVED BY:

Failed to Respond

_____
JEFFREY R. SYLVESTER
Nevada Bar No. 004396
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128
*Attorney for Debtor, William Gayler*

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☒ approved the form of this order;

Anthony A. Zmaila, Esq.
*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

Edward J. Hanigan, Esq.
*Attorney for The Eliot A. Alper Revocable Trust dated March 22, 1999*

Brian C. Whitaker, Esq.
*Attorneys for Byron Lebow*

☐ disapproved the form of this order;

///

///

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4

1    ☒ failed to respond

Jay Young, Esq.
*Attorneys for John D. O'Brien, individually and as trustee of the John D. O'Brien Profit Sharing Plan*

Jeffrey Sylvester, Esq.
*Attorney for Debtor, William Gayler*

DATED this 3rd day of January, 2011.

SHEA & CARLYON, LTD.

*/s/ Brandon P. Johansson*
BRANDON P. JOHANSSON
Nevada Bar No. 012003
701 E. Bridger Ave, Suite 850
Las Vegas, NV 89101

\#\#\#

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

5