**Entered on Docket
February 22, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No. 09-31603-MKN |
| WILLIAM GAYLER, | Chapter 7 |
|           Debtor. | Date:  December 8, 2010<br>Time:  2:30 p.m. |

**ORDER ON MOTION TO EXTEND TIME
TO OBJECT TO DISCHARGE**

The court having entered its Memorandum Decision on Motion to Extend Time to Object to Discharge concurrently herewith,

**IT IS HEREBY ORDERED** that the Motion to Extend Time to Object to Discharge brought by John D. O'Brien, individually and as Trustee of the John D. O'Brien Profit Sharing Plan, Donald J. Campbell, J. Colby Williams, William Godfrey, Barry R. Moore, Janie Moore, Barry R. Moore and Janie Moore, Co-Trustees of the Bamm Living Trust Dated July 16, 2003, John Esposito, Lorraine Esposito, Mario P. Borini, Bianca Borini, Joseph Borini, and Eroom Holdings, LP, Docket No. 151, be, and the same hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that the "joinder" and extension requested by Byron Lebow, Docket No. 154, be, and the same hereby is, **DENIED**.

**IT IS FURTHER ORDERED** that John D. O'Brien, individually and as Trustee of the John D. O'Brien Profit Sharing Plan, Donald J. Campbell, J. Colby Williams, William Godfrey,

-1-

Barry R. Moore, Janie Moore, Barry R. Moore and Janie Moore, Co-Trustees of the Bamm Living Trust Dated July 16, 2003, John Esposito, Lorraine Esposito, Mario P. Borini, Bianca Borini, Joseph Borini, and Eroom Holdings, LP. shall have an extension of time to and including March 15, 2011, of the deadlines provided under Rules 4004(a) and 4007c) of the Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that no additional extensions of the aforementioned deadlines will be permitted with respect to these parties.

Copies noticed through ECF to:

    DAVID A. COLVIN   dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

    JAMES F. LISOWSKI    jfltrustee@aol.com, NV15@ecfcbis.com

    JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

    U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov

    BRIAN C. WHITAKER    bwhitaker@woodserickson.com, mborcsanyi@woodserickson.com;cpellerin@woodserickson.com;jhepworth@woodserickson.com

    ANTHONY A. ZMAILA    bkecf.aaznevada@gmail.com, pat@aaznevada.com;mary@aaznevada.com;becca@aaznevada.com;peter@aaznevada.com;augusta@aaznevada.com

    SUSAN L. MYERS    smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com

    LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

and sent to BNC to:

    All parties on BNC mailing list

# # #