## * * § 362 INFORMATION SHEET * *

| | |
|---|---|
| DEBTOR: William A. Gayler | BANKRUPTCY NO. 09-31603-MKN |
| MOVANT: | CHAPTER 7 |
| 65% of the Owners of Sunset V, LLC | |

PROPERTY INVOLVED IN THIS MOTION: ___Manager of Sunset V, LLC___

### *Certification of Attempt to Resolve the Matter Without Court Action*

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(3), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date:_____     Signature:_____

PHILLIP S. AURBACH, ESQ.

NOTICE SERVED ON:   Debtor(s): ☐   Debtor(s) counsel: ☒   Trustee: ☒

4/8/11

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS |
|---|---|
| The EXTENT and PRIORITY OF LIENS: | The EXTENT and PRIORITY OF LIENS: |
| 1st        n/a | 1st |
| 2nd | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other | Other |
| Total Encumbrances:    0 | Total Encumbrances: |
| APPRAISAL or OPINION as to VALUE: n/a | APPRAISAL or OPINION as to VALUE: |
| **TERMS OF MOVANT'S CONTRACT with the DEBTOR(S):** | **DEBTOR'S OFFER OF "ADEQUATE PROTECTION" for MOVANT:** |
| Amount of Note: | |
| Interest Rate: | |
| Duration: | |
| Payment per Month: | |
| Date of Default: | |
| Amount of Arrears: | |
| Date of Notice of Default: | |
| SPECIAL CIRCUMSTANCES Motion seeks to remove Debtor as manager of Sunset V, LLC | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY:   Phillip S. Aurbach, Esq. | SUBMITTED BY: |
| SIGNATURE | SIGNATURE |

**Marquis Aurbach Coffing**
PHILLIP S. AURBACH, ESQ.
Nevada Bar No. 1501
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
paurbach@maclaw.com
dcolvin@maclaw.com
(702) 382-0711
Attorney(s) for 65% of the Owners of Sunset V, LLC

E-Filed: 4-13-11

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM A. GAYLER<br><br><br>       Debtor. | Case No:  09-31603-MKN<br>Chapter:  7<br><br>Hearing Date: May 18, 2011<br>Hearing Time: 1:30 p.m. |

## MOTION FOR ORDER CONFIRMING AUTOMATIC STAY DOES NOT APPLY, ALTERNATIVELY; MOTION FOR RELIEF FROM STAY

Sixty-five percent (65%) of the Owners of Sunset V, LLC, Cynthia E. Brown as to 10%, William Godfrey as to 5%, Richard Plaut as to 10%, Phillip Aurbach as to 20%, and John O'Brien as to 20% (collectively "the Owners"), by and through their counsel, Phillip S. Aurbach, Esq. of the law firm of Marquis Aurbach Coffing, hereby moves this Court for an Order determining the automatic stay does not apply pursuant to 11 U.S.C. § 362(j) or alternatively, terminating the automatic stay pursuant to 11 U.S.C. § 362(d).

This Motion is made pursuant to 11 U.S.C. § 362(d) and (j), Bankruptcy Rule 4001(a) and 9014, and based upon the Points and Authorities, the Declaration of Phillip S. Aurbach in support hereof (the "Aurbach Declaration") filed herewith and upon all of the records and pleadings on file herein.

/ / /

M&A:07743-098 1316987_1.DOC 4/11/2011 9:36 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

### MEMORANDUM OF POINTS & AUTHORITIES

## I.    INTRODUCTION

Sunset V is a Nevada Limited Liability Company.  The Debtor, William Gayler or his LP, TGF Holding, LP as of the petition file date was the managing partner of Sunset V, LLC.  Pursuant to the agreement governing Sunset V, LLC, 65% of the Owners of Sunset V have voted to select a new managing partner.  The Owners have voted that Mark A. Schnippel be manager of Sunset V, LLC.

As such, the Owners seek an Order of this Court confirming that the Debtor's voting interest in Sunset V, LLC is not property of the estate pursuant to 11 U.S.C. § 541(b) and therefore the automatic stay does not apply pursuant to 11 U.S.C. § 362(j).  Alternatively, the Owners seek to terminate the stay to allow the Owners to remove the Debtor or his LP, TGF Holding, LP as manager of Sunset V, LLC pursuant to 11 U.S.C. § 362(d).

## II.    STATEMENT OF FACTS

1.    On November 16, 2009, John D. O'Brien, The Pius Reiger FLP and Addison Glass, Inc. (the "Petitioning Creditors") filed an Involuntary Bankruptcy Petition in accordance with Chapter 7 of the Bankruptcy Act against William A. Gayler ("Debtor" or "Gayler") in the United States Bankruptcy Court, District of Nevada under Case No. 09-31603-MKN against Debtor. See Court Docket #1.

2.    On March 29, 2010, the Bankruptcy Court entered an Order mandating that relief under Chapter 7 of the Bankruptcy Code was granted against Gayler. See Docket #85, Order for Relief In Involuntary Case.

3.    Prior to the bankruptcy, Gayler held membership interests (individually and through various entities owned, managed and controlled by Gayler) in a number of LLCs in which Gayler was also designated as the Managing Member.  These LLCs include, but are not limited to, the following: (1) Sunset V, LLC ("Sunset V"); (2) Maya I-215, LLC; (3) Screaming Eagle, LLC; (4) DA 1147, LLC; (5) Screaming Eagle II, LLC; (6) CH Angelus, LLC ("Angelus I"); (7) CH Angelus II, LLC ("Angelus II"); (8) CH Groth, LLC; and (9) CH Pichon, LLC.

4.    Sunset V is an Active Limited Liability Company registered with the Nevada

M&A:07743-098 1316987_1.DOC 4/11/2011 9:36 AM

Secretary of State. William Gayler was elected manager when Sunset V, LLC was formed. TGF Holding was never elected manager of Sunset V, LLC. Mr. Gayler changed the manager on the Secretary of State's records by changing the list filed with the Secretary of State. In any event, TGF Holding has been revoked and 65% of the Owners of Sunset V, LLC want Mark Schnippel to manage Sunset V, LLC. The Debtor, William Gayler, or his LP, TGF Holding, LP is the listed managing member of Sunset V, LLC.    See **Exhibit "1,"** Sunset V Entity Details, Nevada Secretary of State.

5.    TGF Holding Limited Partnership is a Revoked Limited Partnership registered with the Nevada Secretary of State. Its general partner is Morpheus Enterprises, LLC. See **Exhibit "2,"** TGF Holding Entity Details, Nevada Secretary of State.

6.    Morpheus Enterprises, LLC is a Revoked Nevada Limited Liability Company registered with the Nevada Secretary of State. Its manager is William A. Gayler. See **Exhibit "3,"** Morpheus Enterprises Entity Details, Nevada Secretary of State.

7.    Section 9 of the Members' Agreement of Sunset V, LLC provides that a majority vote of members of Sunset V controls investment and operation policy.

**9.    SALE AND PURCHASES OF PROPERTIES: Investment and operation policies, and the determination of whether to purchase or sell property, shall be by a vote of the majority in interest of the Partnership. All properties shall be purchased or sold in the name of the Partnership, escrow and financing documentation shall be executed by William A. Gayler or such person or persons as designated by the majority vote of the Partnership. Each Partner shall have the first right of refusal on any offer presented**

8.    Section 34 states that the Members shall appoint a new manager annually as follows:

**34.    SELECTION OF MANAGING PARTNER: The Partners shall annually select a Managing Partner**

9.    Gayler, without a properly noticed meeting attempted to substitute TGF Holdings, one of his shell LP's as the managing member of Sunset V.

10.    The majority of the members of Sunset V voted to appoint Mark Schnippel as the new Managing Member of Sunset V. See **"Exhibit "4 – 8,"** Election of Manager: 2011-2012 Ballots.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:07743-098 1316987_1.DOC 4/11/2011 9:36 AM

**III.    LEGAL ARGUMENT.**

    **A.    THE RIGHT FOR THE OWNERS OF SUNSET V TO VOTE IS NOT PROPERTY OF THE ESTATE**

11 U.S.C. § 541(b) Property of the estate does not include--

(1) any power that the debtor may exercise solely for the benefit of an entity other than the debtor;

    The voting rights of the Owners of Sunset V, LLC does not constitute property of the estate. The Owners have voted to remove Gayler and to appoint a new managing member of Sunset V. Pursuant to 11 U.S.C. § 362(j), the Owners request this Court issue an order that as a result of the voting rights of the Owners not constituting property of the estate, the automatic stay does not apply and the Owners are therefore free to pursue appointment of a new managing member of Sunset V, LLC.

    **B.    CAUSE EXISTS TO DETERMINE THERE IS NO STAY OR TO LIFT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1)**

    The right to manage a multimember limited liability entity may be an asset of the bankruptcy estate. If it is not an asset, this Court should enter an order that there is no violation of the automatic stay by the removal of Gayler/TGF Holding, LP as manager. If it is an asset, this Court should terminate the automatic stay. 11 U.S.C. § 362(d)(1) requires relief from the automatic stay for cause, "including the lack of adequate protection of an interest in property[.]" "Cause" has no clear definition and is determined on a case-by-case basis. Matter of Reitnauer, 152 F.3d 341, 343 (5th Cir. 1998). Although Sunset V has the burden of proof as the requesting party, it need only prove that Debtor has no equity in the property. 11 U.S.C. § 362(g)(1). For all other issues (including the burden of proof to show that the Debtor is entitled to a continuation of the stay), Section 362(g)(2) places the burden of proof on the Debtor. In re 234-6 West 22nd St. Corp., 214 B.R. 751, 756 (Bankr. S.D.N.Y. 1997). Here, as shown by the votes, Exhibits 4-8, a majority of the members of Sunset V want Gayler removed and Schippel appointed as Manager.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:07743-098 1316987_1.DOC 4/11/2011 9:36 AM

IV.    **CONCLUSION**

Based on the foregoing, the Owners respectfully request an Order of this Court confirming the automatic stay does not apply pursuant to 11 U.S.C. § 362(j). Alternatively, if it is determined that the automatic stay does apply, the Owners request an Order of this Court terminating the automatic stay pursuant to 11 U.S.C. § 362(d) and allowing the Owners to pursue appointment of a new managing member of Sunset V, LLC. A Proposed Order is attached as **Exhibit "9."**

Dated this _13th_ day of April, 2011.

MARQUIS AURBACH COFFING

By _____
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, NV 89145
Attorney(s) for 65% of the Owners of
Sunset V, LLC

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:07743-098 1316987_1.DOC 4/11/2011 9:36 AM

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# SUNSET V, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/14/2000 |
| Type: | Domestic Limited-Liability Company | Entity Number: | LLC7723-2000 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2011 |
| Managed By: | Managers | Expiration Date: | 8/14/2020 |
| NV Business ID: | NV20001078402 | Business License Exp: | 8/31/2011 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | EMILEE BRUSCHKE | Address 1: | 9960 W CHEYENNE STE 160 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89129 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent | | |
| Status: | Active | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers

☐ Include Inactive Officers

**Managing Member - TGF HOLDING, LP**

| | | | |
|---|---|---|---|
| Address 1: | 9960 W CHEYENNE STE 160 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89129 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC7723-2000-001 | # of Pages: | 5 |
| File Date: | 8/14/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC7723-2000-006 | # of Pages: | 2 |
| File Date: | 9/22/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | LLC7723-2000-003 | # of Pages: | 2 |
| File Date: | 2/06/2002 | Effective Date: | |
| WILLIAM A GAYLER MLS | | | |
| 2625 S RAINBOW #D106 LAS VEGAS NV 89102 MLS | | | |
| Action Type: | Registered Agent Address Change | | |

| Document Number: | LLC7723-2000-004 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 3/05/2002 | Effective Date: | |
| **WILLIAM A GAYLER KFA** | | | |
| **4035 SO. TENAYA WAY LAS VEGAS NV 89147 KFA** | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | LLC7723-2000-005 | # of Pages: | 1 |
| File Date: | 8/14/2002 | Effective Date: | |
| **WILLIAM A GAYLER (SEE ACCOUNTING) RXS** | | | |
| **2625 S RAINBOW #D106 LAS VEGAS NV 89102 RXS** | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC7723-2000-007 | # of Pages: | 1 |
| File Date: | 8/30/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC7723-2000-008 | # of Pages: | 1 |
| File Date: | 10/29/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC7723-2000-002 | # of Pages: | 1 |
| File Date: | 8/30/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050385907-29 | # of Pages: | 1 |
| File Date: | 8/24/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060542638-26 | # of Pages: | 1 |
| File Date: | 8/23/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070596727-55 | # of Pages: | 1 |
| File Date: | 8/28/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080559356-03 | # of Pages: | 1 |
| File Date: | 8/21/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Commercial Registered Agent Resignation | | |
| Document Number: | 20090597269-69 | # of Pages: | 7 |
| File Date: | 7/31/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090623755-29 | # of Pages: | 1 |
| File Date: | 8/17/2009 | Effective Date: | |
| 09-10 | | | |
| Action Type: | Admin Status Change | | |
| Document Number: | 20100661340-43 | # of Pages: | 1 |
| File Date: | 8/30/2010 | Effective Date: | 9/27/2010 |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100896027-15 | # of Pages: | 1 |
| File Date: | 8/31/2010 | Effective Date: | |
| 10-11 | | | |

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

# TGF HOLDING LIMITED PARTNERSHIP

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked | File Date: | 2/02/2005 |
| Type: | Domestic Limited Partnership | Entity Number: | E0003862005-4 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2010 |
| Managed By: | | Expiration Date: | 12/31/2034 |
| NV Business ID: | NV20051196345 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | EMILEE BRUSCHKE | Address 1: | 9960 W CHEYENNE STE 160 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89129 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent | | |
| Status: | Active | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

## Officers

☐ Include Inactive Officers

| General Partner - MORPHEUS ENTERPRISES, LLC | | | |
|---|---|---|---|
| Address 1: | 4035 S TENAYA STE 200 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89147 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Certificate of Limited Partnership | | |
| Document Number: | 20050004357-06 | # of Pages: | 2 |
| File Date: | 2/02/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20050049185-64 | # of Pages: | 1 |
| File Date: | 2/16/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060465608-27 | # of Pages: | 1 |
| File Date: | 7/24/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060826498-45 | # of Pages: | 1 |
| File Date: | 12/27/2006 | Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20080044893-98 | # of Pages: | 1 |
| File Date: | 1/23/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090006709-83 | # of Pages: | 1 |
| File Date: | 1/07/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20090236706-25 | # of Pages: | 1 |
| File Date: | 3/09/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | 20090454401-69 | # of Pages: | 1 |
| File Date: | 5/28/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Commercial Registered Agent Resignation | | |
| Document Number: | 20090597269-69 | # of Pages: | 7 |
| File Date: | 7/31/2009 | Effective Date: | |
| (No notes for this action) | | | |

# EXHIBIT 3

# EXHIBIT 3

# EXHIBIT 3

# MORPHEUS ENTERPRISES, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked | File Date: | 1/27/2005 |
| Type: | Domestic Limited-Liability Company | Entity Number: | LLC1981-2005 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2010 |
| Managed By: | Managers | Expiration Date: | 1/27/2505 |
| NV Business ID: | NV20051035966 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | EMILEE BRUSCHKE | Address 1: | 9960 W CHEYENNE STE 160 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89129 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent | | |
| Status: | Active | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers                    ☐ Include Inactive Officers

**Manager - WILLIAM A GAYLER**

| | | | |
|---|---|---|---|
| Address 1: | 4035 S. EL CAPITAN WAY | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89147 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC1981-2005-001 | # of Pages: | 5 |
| File Date: | 1/27/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20050049186-75 | # of Pages: | 1 |
| File Date: | 2/16/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050595595-95 | # of Pages: | 1 |
| File Date: | 12/05/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060750513-39 | # of Pages: | 1 |

| File Date: | 11/22/2006 | Effective Date: | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070788353-03 | # of Pages: | 1 |
| File Date: | 11/19/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090031264-37 | # of Pages: | 1 |
| File Date: | 1/16/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20090236707-36 | # of Pages: | 1 |
| File Date: | 3/09/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Commercial Registered Agent Resignation | | |
| Document Number: | 20090597269-69 | # of Pages: | 7 |
| File Date: | 7/31/2009 | Effective Date: | |
| (No notes for this action) | | | |

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

# Election of Manager:  2011-2012

# Sunset V, L.L.C.

The undersigned, being Members representing 51% of Membership Interests of
Sunset V, L.L.C., a Nevada limited-liability company, hereby elect Tioga Inc., Mark A. Schnippel
President to serve as Manager of the Company in place of TGF Holding, LP for the year 2011-2012.

Member Name:  Phillip Aurbach as to 20%

By_____

Date_____

Member Name:  Richard Plaut as to 10%

By_____

Date_____

Member Name:  Swecker FLP as to 10%

By_____

Date_____

Member Name:  Byron Lebow as to 5%

By_____

Date_____

Member Name:  John O'Brien as to 20%

By_____

Date_____

Member Name:  William Godfrey as to 5%

By_____

Date_____

Member Name:  Lyle Rivera FT as to 10%

By_____

Date_____

Member Name:   Cynthia Brown as to 10%

By _Cynthia L Brown_

Date _3-3-11_____

# EXHIBIT 5

# EXHIBIT 5

# EXHIBIT 5

# Election of Manager:  2011-2012

## Sunset V, L.L.C.

The undersigned, being Members representing 51% of Membership Interests of Sunset V, L.L.C., a Nevada limited-liability company, hereby elect Tioga Inc., Mark A. Schnippel President to serve as Manager of the Company in place of TGF Holding, LP for the year 2011-2012.

Member Name:  Phillip Aurbach as to 20%

By_____

Date_____

Member Name:  Richard Plaut as to 10%

By_____

Date_____

Member Name:  Swecker FLP as to 10%

By_____

Date_____

Member Name:  Byron Lebow as to 5%

By_____

Date_____

Member Name:  John O'Brien as to 20%

By_____

Date_____

Member Name:  William Godfrey as to 5%

By *William R Godfrey / Cynthia J Godfrey*

Date  2/17/2011

Member Name:  Lyle Rivera FT as to 10%

By_____

Date_____

Member Name:  Cynthia Brown as to 10%

By_____

Date_____

1 | P a g e

# EXHIBIT 6

# EXHIBIT 6

# EXHIBIT 6

# Election of Manager: 2011-2012

# Sunset V, L.L.C.

The undersigned, being Members representing 66 2/3 % of Membership Interests of Sunset V, L.L.C., a Nevada limited-liability company, hereby elect Plantations Inc., Mark A. Schnippel President to serve as Manager of the Company in place of TGF Holding, LP for the year 2011-2012.

Member Name:  Phillip Aurbach as to 20%

By_____

Date_____

Member Name:  John O'Brien as to 20%

By_____

Date_____

Member Name:  Richard Plaut as to 10%

By _Ren Plat_____

Date__2/8/2011_____

Member Name:  William Godfrey as to 5%

By_____

Date_____

Member Name:  Swecker FLP as to 10%

By_____

Date_____

Member Name:  Lyle Rivera FT as to 10%

By_____

Date_____

Member Name:  Byron Lebow as to 5%

By_____

Date_____

Member Name:  Cynthia Brown as to 10%

By_____

Date_____

# EXHIBIT 7

# EXHIBIT 7

# EXHIBIT 7

# Election of Manager:  2011-2012

## Sunset V, L.L.C.

The undersigned, being Members representing 51% of Membership interests of
Sunset V, L.L.C., a Nevada limited-liability company, hereby elect Tioga Inc., Mark A. Schnippel
President to serve as Manager of the Company in place of TGF Holding, LP for the year 2011-2012.

Member Name:  Phillip Aurbach as to 20%          Member Name:  John O'Brien as to 20%

By _____                       By _____

Date  **February 8, 2011**                        Date _____

Member Name:  Richard Plaut as to 10%            Member Name:  William Godfrey as to 5%

By _____                       By _____

Date _____                     Date _____

Member Name:  Swecker FLP as to 10%              Member Name:  Lyle Rivera FT as to 10%

By _____                       By _____

Date _____                     Date _____

Member Name:  Byron Lebow as to 5%               Member Name:  Cynthia Brown as to 10%

By _____                       By _____

Date _____                     Date _____

# EXHIBIT 8

# EXHIBIT 8

# EXHIBIT 8

# Election of Manager: 2011-2012

## Sunset V,L .L.C.

The undersigned, being Members representing 51% of Membership Interests of Sunset V, L.L.C., a Nevada limited-liability company, hereby elect Tioga Inc., Mark A. Schnippel President to serve as Manager of the Company in place of TGF Holding, LP for the year 2011-2012.

Member Name:  Phillip Aurbach as to 20%

By _____

Date **February 8, 2011**

Member Name:  John O'Brien as to 20%

By _____

Date **March 11, 2011**

Member Name:  Richard Plaut as to 10%

By _____

Date _____

Member Name:  William Godfrey as to 5%

By _____

Date _____

Member Name:  Swecker FLP as to 10%

By _____

Date _____

Member Name:  Lyle Rivera FT as to 10%

By _____

Date _____

Member Name:  Byron Lebow as to 5%

By _____

Date _____

Member Name:  Cynthia Brown as to 10%

By _____

Date _____

# EXHIBIT 9

# EXHIBIT 9

# EXHIBIT 9

**Marquis Aurbach Coffing**
PHILLIP S. AURBACH, ESQ.
Nevada Bar No.  1501
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
paurbach@maclaw.com
dcolvin@maclaw.com
 (702) 382-0711
Attorney(s) for 65% of the Owners of Sunset V, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | Case No: | 09-31603-MKN |
|---|---|---|
| | Chapter: | 7 |
| WILLIAM A. GAYLER | | |
| | Hearing Date: | |
| | Hearing Time: | |
| Debtor. | | |

### ORDER GRANTING MOTION FOR ORDER CONFIRMING AUTOMATIC STAY DOES NOT APPLY, ALTERNATIVELY; MOTION FOR RELIEF FROM STAY

This matter having come on for hearing on the _____ day of _____, 2011, the Court noting that proper notice was given on the <u>Motion for Order Confirming Automatic Stay Does Not Apply; Alternatively; Motion for Relief from Stay</u> and based upon the papers and pleadings on file herein, the Motion, the oral arguments of counsel, and good cause appearing;

THE COURT HEREBY ORDERS as follows:

The <u>Motion for Order Confirming Automatic Stay Does Not Apply; Alternatively; Motion for Relief from Stay</u> is hereby approved.

Page 1 of 2

IT IS FURTHER ORDERED that the automatic stay does not apply; and/or is terminated and the 65% Owners of Sunset V, LLC are free to pursue appointment of a new managing member of Sunset V, LLC

IT IS SO ORDERED.

Submitted By:

MARQUIS AURBACH COFFING


_____
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711
Attorney(s) for 65% of the Owners of Sunset V, LLC

### ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


MARQUIS AURBACH COFFING


_____
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711
Attorney(s) for 65% of the Owners of Sunset V, LLC

# # #

M&A:07743-098 1317496_1.DOC 4/8/2011 4:11 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816