

Entered on Docket
April 18, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

LISOWSKI LAW FIRM, CHTD.
James F. Lisowski, Sr., Esq.
Nevada Bar No. 4321
1661 E. Flamingo Road
Suite 5A
Las Vegas, NV 89119
Email: lisowskilaw@aol.com
Phone: (702) 737-6111
Fax:   (702) 737-6112

Attorneys for Chapter 7
Trustee, James F. Lisowski, Sr.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | CASE NO.: BK-S-09-31603-MKN |
|---|---|
| WILLIAM A. GAYLER | Chapter 7 |
| Address: 9960 West Cheyenne Ave. Suite 160 Las Vegas, NV 89129 | Hearing Date: April 7, 2011<br>Hearing Time: 11:00 a.m. |
| Debtors. | |

### ORDER GRANTING EMPLOYMENT OF LISOWSKI LAW FIRM NUNC PRO TUNC ON BEHALF OF THE ESTATE

**THIS MATTER** having come forth for hearing on the 7th day of April, 2011; the applicant Lisowski Law Firm, Chtd., appearing by and through James F. Lisowski, Sr., Esq.; no oppositions having been filed; and this Court being well and sufficiently advised as to all matter thereto orders as follows:

. . .

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the application of the
2  Panel Trustee to hire Lisowski Law Firm. Chtd. as general counsel in this case is hereby approved
3  pursuant to the terms and conditions as outlined in the application; and it is,
4  **FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that the employment
5  shall be Nunc Pro Tunc to the date of the filing of the bankruptcy petition.
6  **IT IS SO ORDERED.**
7  Respectfully Submitted:

9  By: _____
    JAMES F. LISOWSKI, SR., ESQ.
10  Nevada Bar No. 4321
    1661 E. Flamingo Road. Suite 5A
11  Las Vegas, NV 89119
    Phone: (702) 737-6111

13  In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

14  ___ The Court has waived the requirement set forth in LR 9021(b)(1).

15  _X_ No party appeared at the hearing or filed an objection to the motion. and there is no other trustee appointed in the case.

17  ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and
18  whether the party has approved. disapproved. or failed to respond to the document]:

19                            Approved        Disapproved     Failed to Respond
20  _____    _____        _____      _____
    _____    _____        _____      _____

21  ___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

2