AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
    AUGUST B. LANDIS

E-Filed on December 12, 2012

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WILLIAM A. GAYLER,**<br><br>                       Debtor(s). | Case No. **BK-S-09-31603 mkn**<br><br>Chapter 7<br><br>Date: N/A<br>Place: N/A<br>Time: N/A |

## APPOINTMENT OF DAVID A. ROSENBERG AS SUCCESSOR TRUSTEE AND DESIGNATION OF BOND

Pursuant to 11 U.S.C. § 703 and the attached resignation of James F. Lisowski, Sr., the United States Trustee hereby appoints **David A. Rosenberg** to serve as trustee in the case identified in the caption above. The blanket bond for Chapter 7 trustees, previously on file with the Court, is designated as the required bond for **David A. Rosenberg** in this case. By the filing of this appointment, **James F. Lisowski, Sr.** is terminated as the trustee in this case.

Dated: December 12, 2012

**THE UNITED STATES TRUSTEE**

By: */s/ August B. Landis*
     August B. Landis
     Acting United States Trustee

**From:** James Lisowski [mailto:lisowskilaw@aol.com]
**Sent:** Tuesday, December 11, 2012 12:17 PM
**To:** Landis, Augie (USTP)
**Cc:** Forrest, Michelle (USTP); Sorgaard, Michael (USTP)
**Subject:** Re: Resignation in Gayler, William Case #09-31603

Augie,

Due to recent surgery and the complications that followed please accept my resignation as Chapter 7 Trustee in the above case (Gayler, William Case #09-31603). Please have the successor Trustee contact me as soon as possible so that I can effectuate transfer of the funds I hold in the case.

Sincerely,

James F. Lisowski, Sr.
Chapter 7 Trustee
P.O. Box 95695
Las Vegas, NV 89193

Phone: (702) 737-6111
Fax: (702) 795-9598

1