*William J. Thurman*
_____
Honorable William T. Thurman
United States Bankruptcy Judge



Entered on Docket
December 17, 2012

**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Jessica M. Goodey, Esq.
Nevada Bar No. 11973
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
jgoodey@maclaw.com
Special Counsel Attorneys for Chapter 7 Trustee, James F. Lisowski, Sr.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>Debtor. | Case No.:   BK-S-09-31603-MKN<br>Chapter:    7 |

### STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL

Pursuant to LR 2014(b), Jessica M. Goodey, Esq. of Marquis Aurbach Coffing is hereby substituted as attorney for Chapter 7 Trustee, James F. Lisowski, Sr., in place and instead of April N. Bonifatto, Esq. of Marquis Aurbach Coffing.

MARQUIS AURBACH COFFING

By _____
April N. Bonifatto, Esq.
Nevada Bar No. 11924
10001 Park Run Drive
Las Vegas, Nevada 89145

Page 1 of 2

MAC:12089-001 1854611_1 12/7/2012 11:07 AM

I hereby consent to the above and foregoing substitution.

CHAPTER 7 TRUSTEE

By _____
James F. Lisowski, Sr.

I hereby accept the above and foregoing substitution as attorney for Chapter 7 Trustee, James F. Lisowski, Sr. and acknowledge responsibility for all pending dates and deadlines in the above-captioned matter.

Dated this 11th day of December, 2012.

MARQUIS AURBACH COFFING

By _____
Jessica M. Goodey, Esq.
Nevada Bar No. 11973
10001 Park Run Drive
Las Vegas, Nevada 89145
Special Counsel Attorney for Chapter 7 Trustee, James F. Lisowski, Sr.

MAC:12089-001 1854611_1 12/7/2012 11:07 AM