Howard Kim and Associates
Howard C. Kim Esq.
400 N. Stephanie St. Suite 160
Henderson, NV  89014

Judge:
Hearing Location: 300 Las Vegas Blvd. South Las Vegas NV
Hearing Date: 8/12/13
Hearing Time: 9:30 AM
Response Date:

DATE RECEIVED: Jul 05 2013     TIME RECEIVED: 12:11PM     TOTAL SERVED: 179

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  William Gayler

CASE NO: 09-31603-mkn

**CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No.

On 7/8/2013, a copy of the following documents, described below,

Notice of Hearing [Dkt 522],
Amended Motion to Approve Settlement Agreement [Dkt 516]
Amended Declaration of David A. Rosenberg in Support of Motion to Approve Settlement Agreement [Dkt 517]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Kim and Associates
Howard C. Kim Esq.
400 N. Stephanie St. Suite 160
Henderson, NV  89014

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 09-31603-mkn<br>District of Nevada<br>Las Vegas<br>Mon Jul 8 06-59-45 PDT 2013 | 23 GOLDEN SUNRAY L.L.C.<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | 65% of the Owners of Sunset V LLC<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Attn- Phillip S. Aurbach Esq.<br>Las Vegas NV 89145-8857 |
| ADDISON GLASS INC.<br>CO ERIC DOBBERSTEIN ESQ.<br>8965 S. EASTERN AVE #280<br>LAS VEGAS NV 89123-4898 | APAN WINE LIMITED LIABILITY<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | AXIOS-TC LIMITED LIABILITY COMPAN<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 |
| BYRON LEBOW REVOCABLE FAMILY TRUST<br>CO BRIAN WHITAKERWOODS ERICKSON<br>1349 W. GALLERIA DR #200<br>HENDERSON NV 89014-8624 | CITY NATIONAL BANK<br>SHEA & CARLYON LTD.<br>701 BRIDGE AVE #850<br>LAS VEGAS NV 89101-8959 | Citizens Bank<br>CO Poli & Ball PLC<br>601 S. Seventh Street Second Floo<br>Las Vegas NV 89101-6905 |
| Flamingo Tenaya LLC<br>Flangas McMillan Law Group<br>Jessica K. Marsh Esq.<br>3275 S. Jones Blvd. Suite 105<br>Las Vegas NV 89146-6768 | ICON HOLDING COMPANY LLC<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | ICON REAL ESTATE COMPANIES INC.<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 |
| ICON REAL ESTATE DEVELOPMENT<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | Investors Commercial Capital LLC<br>co Marquis Aurbach Coffing<br>Attn- Frank Flansburg Esq & David<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | JOHN D. O'BRIEN PROFIT SHARING<br>JOHN D. O'BRIEN TRUSTEE<br>700 S. SEVENTH STREET<br>LAS VEGAS NV 89101-6908 |
| JPMORGAN CHASE BANK N.A. ITS<br>THE COOPER CASTLE LAW FIRM LLP<br>820 S. VALLEY VIEW BLVD<br>LAS VEGAS NV 89107-4411 | LISOWSKI LAW FIRM CHTD.<br>1661 E. FLAMINGO RD STE 5A<br>LAS VEGAS NV 89119-5291 | MERITAGE-GAYLER LIMITED LIABILITY<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 |
| MORPHEUS ENTERPIRSES LLC<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | SPENCER SUNSET LLC<br>LIONEL SAWYER & COLLINS<br>SUSAN L. MYERS<br>300 SOUTH FOURTH STREET<br>SUITE 1700<br>LAS VEGAS NV 89101-6000 | SUNSET II LLC<br>7881 W. CHARLESTON BLVD. #140<br>LAS VEGAS NV 89117-8326 |
| TGF HOLDING LIMITED PARTNERSHIP<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | THE GAYLER 2001 IRREVOCABLE TRUST<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | THE GAYLER FAMILY EDUCATIONAL LLC<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 |
| THE JAYDEN KRISTOPHER GAYLER<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | THE PIUS REIGER FAMILY LTD.<br>6085 TARRANT RANCH RD<br>LAS VEGAS NV 89131-3129 | THE WILLIAM A. GAYLER SEPARATE<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 |

| | | |
|---|---|---|
| The Eliot A. Alper Revocable Trust<br>3535 Executive Terminal Drive<br>Suite 300<br>Henderson NV 89052-4228 | Weingarten Maya Tropiciana LLC<br>co Weingarten Realty Investors<br>2600 Citadel Plaza Drive Suite 125<br>Attn- Jenny J. Hyun<br>Houston TX 77008-1351 | ~~United States Bankruptcy Court~~<br>~~300 Las Vegas Blvd. South~~<br>~~Las Vegas NV 89101-5833~~ |
| 100 YEAR LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | 23 GOLDEN SUNRAY LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | 65% of the Owners of Sunset V LLC<br>Attn- Phillip S. Aurbach Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 |
| 65% of the Owners of Sunset V LLC<br>Marquis Aurbach Coffing<br>Attn- Phil Aurbach<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | ADF-SUNSET 7 LLC<br>CO SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS<br>300 SOUTH FOURTH STREET SUITE 1700<br>LAS VEGAS NV 89101-6053 | ADF-SUNSET III LLC<br>CO SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS<br>300 SOUTH FOURTH STREET SUITE 170<br>LAS VEGAS NV 89101-6053 |
| ALEXANDER DAWSON FOUNDATION<br>ATTN- OZ GUTSCHE<br>4042 S. SPENCER #312<br>LAS VEGAS NV 89119 | APAN WINE LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | ARIETTA LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| AVANTI DOOR<br>4650 S. DECATUR<br>LAS VEGAS NV 89103-5209 | AXIOS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | Ally Financial Inc. fka GMAC Inc.<br>PO Box 130424<br>Roseville MN 55113-0004 |
| BARRY R. AND JAINE MOORE TRUSTEES<br>BAMM LIVING TRUST DATED 71603<br>911 N. BUFFALO DR. #201<br>LAS VEGAS NV 89128-0391 | BARRY R. MOORE<br>10777 W. TWAIN #333<br>LAS VEGAS NV 89135-3038 | BMO HARRIS BANK NA<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| BRIANHEAD INVESTORS LLC<br>2920 S. JONES BLVD. SUITE 225<br>LAS VEGAS NV 89146-5622 | BYRON AND CAROLYN LEBOW REVOCABLE<br>CO BYRON LEBOW<br>CO BRIAN C. WHITAKER ESQ.<br>1349 W. GALLERIA DRIVE SUITE 200<br>HENDERSON NV 89014-8624 | BYRON LEBOW<br>ONE HUGHES CENTER DR. #1104<br>LAS VEGAS NV 89169-6716 |
| Barry Moore<br>co Marquis & Aurbach<br>Attn- David A. Colvin Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | Bianca Borini<br>co Alexander Dawson Inc.<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 | CAINE FIVE LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| CANYON GATE COUNTRY CLUB<br>2001 W. CANYON GATE DR.<br>LAS VEGAS NV 89117-5846 | CAPITAL ONE MC<br>P.O. BOX 60024<br>CITY OF INDUSTRY CA 91716-0024 | CAPITAL ONE VISA<br>P.O. BOX 60024<br>CITY OF INDUSTRY CA 91716-0024 |

| | | |
|---|---|---|
| CH ANGELUS II LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CH ANGELUS III LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CH ANGELUS IV LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| CH ANGELUS PARTNERS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CH ANGELUS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CH BARON LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| CH PICHON LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CHARLES KRUG LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | CHASE FINANCIAL<br>NATIONAL BANKRUPTCY DEPT.<br>201 N. CENTRAL AVE. A21-1991<br>PHOENIX AZ 85004-0073 |
| CITIZENS FINANCIAL GROUP<br>1 CITIZENS PLAZA<br>PROVIDENCE RI 02903-1339 | CITY NATIONAL BANK<br>10801 W. CHARLESTON<br>LAS VEGAS NV 89135-1202 | CITY NATIONAL BANK<br>co ERIKA M. WRIGHT ESQ.<br>SHEA & CARLYON LTD.<br>701 BRIDGER AVENUE SUITE 850<br>LAS VEGAS NV 89101-8959 |
| CORE-MARK INTERNATIONAL INC.<br>3950 W. HARMON AVENUE<br>LAS VEGAS NV 89103-5512 | CORE-MARK INTERNATIONAL INC.<br>CO NATNL. REGISTERED AGENTS OF NV<br>1000 E. WILLIAM ST. SUITE 204<br>CARSON CITY NV 89701-3117 | Chase Auto Finance<br>AZ1-1191<br>201 N Central Ave<br>Phoenix AZ 85004-1071 |
| DA 1147 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | DA 1148 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | DANIEL GERETY<br>GERETY & ASSOCIATES<br>6817 S. EASTERN AVE. #100<br>LAS VEGAS NV 89119-4684 |
| DAVID A. COLVIN ESQ.<br>DALE A. HAYES ESQ.<br>MARQUIS & AURBACH<br>10001 PARK RUN DRIVE<br>LAS VEGAS NV 89145-8857 | DAVID SHAPIRO ET AL<br>8019 ECHO CLISS LANE<br>LAS VEGAS NV 89129-4880 | DAVID STRAUS ESQ.<br>900 RANCHO LANE<br>LAS VEGAS NV 89106-3824 |
| DEAN Y. KAJIOKU ESQ.<br>KAJIOKU & ASSOCIATES<br>810 S. CASINO CENTER BLVD.<br>LAS VEGAS NV 89101-6719 | ~~DENNIS PRINCE ESQ.~~<br>~~PRINCE & KEATING~~<br>~~3230 S. BUFFALO #1008~~<br>~~LAS VEGAS NV 89117-2505~~ | DIAMANTE ROSE LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| DIANE WILD<br>co GUS W. FLANGAS ESQ.<br>3275 S. JONES BLVD. SUITE 105<br>LAS VEGAS NV 89146-6768 | DINERS CLUBCITIBANK<br>P.O. BOX 6009<br>THE LAKES NV 89163-0001 | DOLCE-EB LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |

| | | |
|---|---|---|
| DONALD J. CAMPBELL ESQ.<br>J. COLBY WILLIAMS ESQ.<br>CAMPBELL & WILLIAMS<br>700 S. 7TH STREET<br>LAS VEGAS NV 89101-6908 | DONNA ALDERSON<br>12105 EL PORTICO COURT<br>LAS VEGAS NV 89138-5007 | DUMOL LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| Donald J. Campbell<br>700 South Seventh Street<br>Las Vegas NV 89101-6908 | EAGLE SENTRY<br>3595 E. PATRICK #1200<br>LAS VEGAS NV 89120-6239 | EDWARD J. HANNIGAN ESQ.<br>2580 ANTHEM VILLAGE DRIVE<br>HENDERSON NV 89052-5503 |
| ELEVATION 1142 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | EROOM HOLDING LTD. PARTNERSHIP<br>co AIM GROUP LLC<br>22 PROMONTORY RIDGE DRIVE<br>LAS VEGAS NV 89135-1671 | Flamingo Tenaya LLC<br>co Flangas McMillan Law Group<br>Attn- Jessica K. Marsh Esq.<br>3275 So. Jones Blvd. Suite 105<br>Las Vegas NV 89146-6768 |
| GAYLER FAMILY EDUCATIONAL TRUST<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | GAYLER FAMILY LTD PARTNERSHIP<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | GAYLER MERITAGE LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| GCS INC. (JACKPOTTERS BAR)<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | GCS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | GERETY AND ASSOCIATES CPAS<br>6817 S. EASTERN AVENUE SUITE 101<br>LAS VEGAS NV 89119-4684 |
| GILMORE & GILMORE CPA<br>6817 S EASTERN AVE 102<br>LAS VEGAS NV 89119-4684 | GMAC<br>P.O. BOX 9001951<br>LOUISVILLE KY 40290-1951 | GOVAN CROSS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| GROTH LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | GUS W. FLANGAS ESQ.<br>FLANGAS MCMILLAN LAW OFFICES<br>3275 S. JONES BLVD. SUITE 105<br>LAS VEGAS NV 89146-6768 | HARLAN LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| HARTLEY LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | ICON HOLDING CO. LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | ICON PROFITS SHARING LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| ICON REAL ESTATE COMPANIES INC.<br>4035 S. EL CAPITAN WAY<br>LAS VEGAS NV 89147-3430 | INDYMAC BANK<br>P.O. BOX 9042<br>TEMECULA CA 92589-9042 | INTERNAL REVENUE SERVICE<br>ATTN- BANKRUPTCY UNIT<br>110 CITY PARKWAY STOP 5028<br>LAS VEGAS NV 89106-6085 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IPS 3 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | IPS 4 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| IPS II LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | Investors Commercial Capital LLC<br>co Erik Fox Esq. & David Colvin<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | J. Colby Williams<br>700 South Seventh Street<br>Las Vegas NV 89101-6908 |
| JAMES E. SMITH II ESQ.<br>KAEMPFER CROWELL RENSHAW<br>8345 W. SUNSET RD. SUITE 250<br>LAS VEGAS NV 89113-2092 | JAMES PENGILLY ESQ.<br>PENGILLY LAW FIRM<br>10080 W. ALTA AVE #140<br>LAS VEGAS NV 89145-8728 | JEREMY RANCH GOLF CLUB<br>8770 N. JEREMY ROAD<br>PARK CITY UT 84098-4888 |
| JOHN M. NETZORG ESQ.<br>2810 W. CHARLESTON BLVD. SUITE H<br>LAS VEGAS NV 89102-1910 | John D. O'Brien individually and<br>John D. O'Brien Trustee<br>700 South Seventh Street<br>Las Vegas NV 89101-6908 | Joseph Borini<br>co Alexander Dawson Inc.<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 |
| Joseph Bornini<br>co Alexander Dawson Inc.<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 | KENT'S GLASS & MIRROR INC.<br>co ROLAND S. ERICSSON<br>44 WILLOW WISP TERRACE<br>HENDERSON NV 89074-1724 | LEBOW FAMILY LIMITED PARTNERSHIP<br>co BYRON LEBOW<br>co BRIAN C. WHITAKER ESQ.<br>1349 W. GALLERIA DR SUITE 200<br>HENDERSON NV 89014-8624 |
| LENARD E. SCHWARTZER ESQ.<br>SCHWARTZER & McPHERSON LAW FIRM<br>2850 S. JONES BLVD. SUITE 1<br>LAS VEGAS NV 89146-5640 | LIVIA M LINDQUIST<br>2720 BIANCA COURT<br>LAS VEGAS NV 89117-3654 | M. LEONARD & MYRNA L. SIMON<br>TRUSTEES OF SIMON FAMILY TRUST<br>6370 BIXBY HILL ROAD<br>LONG BEACH CA 90815-4701 |
| MARK SCHNIPPEL<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | MARTIN BARRETT<br>10404 MANSION HILLS AVE.<br>LAS VEGAS NV 89144-4327 | MAYA I-215 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| MER SOLIEL LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | MRKK LLC<br>3552 RIDGE MEADOW<br>LAS VEGAS NV 89135-7811 | Mario P. Borini<br>co Alexander Dawson Inc.<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 |
| Mario P. Bornini<br>co Alexander Dawson Inc.<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 | NEVADA COMMERCE BANK<br>ATTN- ROB BULMER<br>6795 EDMOND ST.<br>LAS VEGAS NV 89118-3505 | NEVADA STATE BANK<br>CO LEGAL PROCESSING DEPARTMENT<br>P.O. BOX 990<br>LAS VEGAS NV 89125-0990 |

| | | |
|---|---|---|
| NEVADA STATE BANK<br>P.O. BOX 990<br>LAS VEGAS NV 89125-0990 | OLD LANDING TRUST A NEVADA TRUST<br>CO EDGAR C SMITH ESQ.<br>7371 PRAIRIE FALCON ROAD #120<br>LAS VEGAS NV 89128-0834 | PIUS REIGER FAMILY LIMITED<br>6085 TARRANT RANCH ROAD<br>LAS VEGAS NV 89131-3129 |
| PLUMP JACK LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | POLYRUS LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | REDSTONE GRILLE LLC<br>9770 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-4074 |
| RICHARD P. THRELFAL ARCHITECT INC.<br>co ROBERT E. SCHUMACHER ESQ.<br>GORDON & REES LLP<br>3770 HOWARD HUGHES PKWY. SUITE 100<br>LAS VEGAS NV 89169-0940 | ROBERT S. QUALEY ESQ.<br>BLALOCK & QUALEY<br>20 BONNEVILLE AVE.<br>LAS VEGAS NV 89101-6435 | SASSICAIA LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| SCREAMING EAGLE II LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SCREAMING EAGLE LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SECURITY NATIONAL INSURANCE<br>5300 SOUTH 360 WEST<br>SALT LAKE CITY UT 84123-4600 |
| SPENCER SUNSET LLC<br>CO SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS<br>300 SO. 4TH STREET SUITE 1700<br>LAS VEGAS NV 89101-6053 | SPENCER SUNSET LLC<br>CO SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS<br>300 SOUTH FOURTH STREET SUITE 1700<br>LAS VEGAS NV 89101-6053 | STANCORP MTG INVESTORS<br>19225 W. TRANASBOURNE DR. 3RD FLR<br>HILLSBORO OR 97124-5836 |
| SUN PEAK HOA CO BRUCE H. SHAPIRO<br>331 RIO GRANDE STREET<br>SUITE 302<br>SALT LAKE CITY UTAH 84101-1238 | SUNSET 7 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SUNSET 8 LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| SUNSET I LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SUNSET II LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SUNSET III LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| SUNSET IV LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SUNSET V LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | SUNSET VI LLC<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 |
| SUNSPEAK HOMEOWNERS ASSOCIATION<br>1950 BEAR HOLLOW DR.<br>PARK CITY UT 84098-8524 | THE HOME DEPOT<br>P.O. BOX 6029<br>THE LAKES NV 88901-6029 | TINA E ALPER<br>TRUSTEE TINA E ALPER REVOCABLE<br>PO BOX 22645<br>CARMEL CA 93922-0645 |

| | | |
|---|---|---|
| The Alexander Dawson Foundation<br>4045 South Spencer Street Suite<br>Las Vegas NV 89119-5248 | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD SO.<br>SUITE 4300<br>LAS VEGAS NV 89101-5803 | W. GAYLER<br>4035 S. EL CAPITAN WAY<br>LAS VEGAS NV 89147-3430 |
| W. GAYLER SEP PROP TRUST<br>9960 WEST CHEYENNE AVENUE SUITE<br>LAS VEGAS NV 89129-7723 | WALKER-ZANGER<br>4701 S. CAMERON<br>LAS VEGAS NV 89103-5238 | WIENGARTEN REALTY<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 |
| WILLIAM BUORNACORSI<br>7924 ASPECT WAY<br>LAS VEGAS NV 89149-6654 | WILLIAM R. GODFREY<br>2716 N. TENAYA WAY<br>LAS VEGAS NV 89128-0424 | Weingarten Maya Tropicana LLC<br>co Weingarten Realty Investors<br>2600 Citadel Plaza Drive Suite 12<br>Houston Texas 77008-1351 |
| Barry Moore<br>co Marquis Aurbach Coffing<br>Attn- Liane K. Wakayama Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | Cynthia E. Brown<br>as to Sunset V LLC<br>co Marquis Aurbach Coffing<br>Attn- David A. Colvin Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | ~~DAVID A. ROSENBERG~~<br>~~5030 PARADISE ROAD #B-215~~<br>~~LAS VEGAS NV 89119-1225~~ |
| JEFFREY R. SYLVESTER<br>1731 VILLAGE CENTER CIRCLE<br>LAS VEGAS NV 89134-0516 | Janie Moore<br>co Marquis Aurbach Coffing<br>Attn- Liane K. Wakyama Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | John O□Brien<br>Marquis Aurbach Coffing<br>Attn- David A. Colvin Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 |
| Phillip S. Aurbach<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | Richard Plaut<br>as to Sunset V LLC<br>co Marquis Aurbach Coffing<br>Attn- David A. Colvin Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 | WALTER LOERWALD<br>CO PRINCE & KEATING<br>3230 S BUFFALO DRIVE STE 108<br>LAS VEGAS NV 89117-2506 |
| WILLIAM A GAYLER<br>9960 WEST CHEYENNE AVENUE<br>SUITE 160<br>LAS VEGAS NV 89129-7723 | WILLIAM A. GAYLER<br>2431 TECH CENTER CT. STE 100<br>LAS VEGAS NV 89128-0804 | William Godfrey<br>as to Sunset V LLC<br>Marquis Aurbach Coffing<br>Attn- David A. Colvin Esq.<br>10001 Park Run Drive<br>Las Vegas NV 89145-8857 |