**NOA**  
HOWARD C. KIM, ESQ.  
Nevada Bar No. 10386  
E-mail: howard@hkimlaw.com  
JACQUELINE A. GILBERT, ESQ.  
Nevada Bar No. 10593  
E-mail: jackie@hkimlaw.com  
KATHERINE C.S. CARSTENSEN, ESQ.  
Nevada Bar No. 10656  
E-mail: katherine@hkimlaw.com  
HOWARD KIM & ASSOCIATES  
1055 Whitney Ranch Drive, Suite 110  
Henderson, Nevada 89014  
Telephone: (702) 485-3300  
Facsimile: (702) 485-3301  
*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

E-filed on: March 5th, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER<br><br>Debtor. | Case No.: BK-S-09-31603-MKN<br>Chapter 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Place: Foley Federal Bldg.<br>300 Las Vegas Blvd. S.<br>Las Vegas, NV 89101<br><br>Hon. Mike K. Nakagawa |

## **NOTICE OF APPEAL**

David A. Rosenberg, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of William A. Gayler, by and through his counsel of record, Howard Kim & Associates, appeals under 28 U.S.C. § 158(a) from the Order on Trustee's Motion to Disqualify Counsel for John D. O'Brien Profit Sharing Plan and Counsel for Barry R. Moore and Janie Moore as Co-Trustees of the BAMM Living Trust Dated July 16, 2003, Groth, LLC, CH Pichon, LLC and Harlan, LLC Through Their Managing Member John O'Brien (the "MAC Creditors") entered in the above-captioned bankruptcy case on the 24th day of February, 2014 ("Order") [Dkt. No. 591].

///

///

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Albert Marquis, Esq.
Phillip S. Aurbach, Esq.
Dale A. Hayes, Esq.
Liane K. Wakayama, Esq.
April Bonifatto, Esq.
Jessica M. Goodey, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for the MAC Creditors*

Zachariah Larson, Esq.
Matthew C. Zirzow, Esq.
Larson & Zirzow, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
*Attorneys for the MAC Creditors*

David A. Rosenberg, Esq.
5030 Paradise Road, #B-215
Las Vegas, Nevada 89119

Howard C. Kim, Esq.
Jacqueline A. Gilbert, Esq.
Katherine C.S. Carstensen, Esq.
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

///
///
///
///
///
///
///
///
///

As the above Order may be considered an interlocutory order under 28 U.S.C. § 158(a), the Trustee will be filing a Motion for Leave to Appeal concurrently herewith or shortly thereafter, in an abundance of caution.

Dated this 5th day of March, 2014.

**HOWARD KIM & ASSOCIATES**

*/s/Howard C. Kim*
Howard C. Kim, Esq.
Nevada Bar No. 10386
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Katherine C.S. Carstensen, Esq.
Nevada Bar No. 10656
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

- 3 -

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**February 24, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | Case No.: 09-31603-MKN |
| ) | Chapter 7 |
| WILLIAM A. GAYLER, ) | |
| ) | Date:   September 19, 2013 |
| Debtor. ) | Time: 9:30 a.m. |
| _____ ) | |

**ORDER ON TRUSTEE'S MOTION TO DISQUALIFY COUNSEL FOR JOHN D. O'BRIEN PROFIT SHARING PLAN AND COUNSEL FOR BARRY R. MOORE AND JANIE MOORE AS CO-TRUSTEES OF THE BAMM LIVING TRUST DATED JULY 16, 2003, GROTH, LLC, CH PICHON, LLC AND HARLAN, LLC THROUGH THEIR MANAGING MEMBER JOHN O'BRIEN**

The court having entered its Memorandum Decision on Trustee's Motion to Disqualify Counsel for John D. O'Brien Profit Sharing Plan and Counsel for Barry R. Moore and Janie Moore As Co-Trustees of The Bamm Living Trust Dated July 16, 2003, and Groth, LLC, CH Pichon, LLC, and Harlan, LLC through Their Managing Member John O'Brien concurrently herewith,

**IT IS HEREBY ORDERED** that the Trustee's Motion to Disqualify Counsel for John D. O'Brien Profit Sharing Plan and Counsel for Barry R. Moore and Janie Moore As Co-Trustees of The Bamm Living Trust Dated July 16, 2003, Groth, LLC, CH Pichon, LLC, and Harlan, LLC Through Their Managing Member John O'Brien , Docket No. 524, be, and the same hereby is, **DENIED**.

Notice and Copies sent through:

1

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

and sent via FIRST CLASS MAIL BY THE COURT AND/OR BNC to:

WILLIAM A GAYLER
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129

John O'Brien
Marquis Aurbach Coffing
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145

April Bonifatto, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Albert Marquis, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

James Patrick Shea, Esq.
Erika M. Wright, Esq.
Shea & Carlyon, Ltd.
701 Bridger Ave., Suite 850
Las Vegas, NV 89101

John R. McMillan, Esq.
Jessica K. Marsh, Esq.
FLANGAS MCMILLAN LAW GROUP
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146

Jacqueline A. Gilbert, Esq.
Katherine C.S. Carstensen, Esq.
Howard Kim & Associates
400 N. Stephanie St., Suite 160
Henderson, NV 89014

# # #