*William J. Thurman* (signature)



_____
Honorable William T. Thurman
United States Bankruptcy Judge

**Entered on Docket**
**April 25, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Case No.: 09-31603-MKN |
| | ) | |
| WILLIAM A. GAYLER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Date: May 16, 2014 |
| | ) | Time: 2:00 p.m. (PDT) |
| | ) | |
| _____ | ) | |

**AMENDED ORDER SCHEDULING STATUS CONFERENCE**

A status conference is scheduled for Friday, **May 16, 2014, at 2:00 p.m. (PDT)**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, in Courtroom 1 before Judge William T. Thurman, who will be presiding telephonically.

The Court may make such other orders as are appropriate and authorized under 11 U.S.C. § 105(d) at such status hearing.

The Court specifically orders the following of newly appointed Trustee Victoria Nelson:

1. Provide a written status report, to be filed with the court prior to the above-scheduled status conference, indicating the current status of all pending motions and appeals in this case;

2. Provide consideration of any timeline to pursue the foregoing; and

3. Provide indication as to whether newly appointed trustee will be seeking to adopt and pursue former Trustee Rosenberg's Rule 9019 motion that was previously filed with this court and appears on the docket as ECF No. 516.

**IT IS SO ORDERED.**

Notice and Copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

# # #