Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: May 15, 2014*

*Victoria L. Nelson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

WILLIAM A. GAYLER,

    Debtor.

Case No. BK-S-09-31603-MKN
Chapter 7

**TRUSTEE'S STATUS REPORT PURSUANT TO AMENDED ORDER SCHEDULING STATUS CONFERENCE [DOCKET NO. 670]**

Date of Hearing:    May 16, 2014
Time of Hearing:    2:30 p.m.
Place: Courtroom No. 1, Third Floor
       Foley Federal Building
       300 Las Vegas Blvd., S.
       Las Vegas, NV 89101

Judge: Honorable William T. Thurman

    Victoria L. Nelson, the Chapter 7 Trustee in the above-referenced bankruptcy case (the "Trustee"), hereby files this Status Report Pursuant to Amended Order Scheduling Status Conference (the "Status Report") [Docket No. 670].

    On April 21, 2014, the Trustee was appointed as the Successor Trustee in the above-referenced bankruptcy case and on April 25, 2014, the Court entered an Amended Order Scheduling Status Conference [Docket No. 670] (the "Scheduling Order") requiring the Trustee to file a status report addressing the following matters: (1) the current status of all pending motions and appeals in this case; (2) timeline to pursue the foregoing; and (3) whether the Trustee will be seeking to adopt and pursue former Trustee Rosenberg's Rule 9019 motion previously filed with

the Court. *See* Scheduling Order p. 1, l. 22-pg. 2, l. 3. This Status Report will address each of the issues identified in the Scheduling Order below.

A.  **Current Status of All Motions and Appeals**

The only motion which is currently before the Court is the Trustee's Amended Motion to Approve Settlement Agreement [Docket No. 516] (the "9019 Motion") filed by former Trustee David Rosenberg on July 3, 2013. In addition, former Trustee David Rosenberg had sought leave to appeal an interlocutory order to the United States Bankruptcy Appellate Panel of the Ninth Circuit (the "BAP"), BAP No. NV-14-1096. On May 5, 2014, the BAP entered its Order Denying Leave and Dismissing Appeal [Document 16-1].

B.  **Timeline to Pursue Foregoing and Adoption of 9019 Motion**

Inasmuch as the Trustee has had approximately three (3) weeks to conduct a review and investigation of the facts in this case, it is the determination of the Trustee that she withdraw the 9019 Motion without prejudice at this time. The Trustee believes that she needs additional time to conduct a thorough investigation of the corporations and the related bank statements and cancelled checks in this matter. The Trustee is well aware that this bankruptcy case was filed back in 2009 and would ask the Court for an additional six (6) weeks to ascertain how this bankruptcy case and its creditors are best served on a going forward basis. In addition, the Trustee is in the process of employing counsel and accountants to assist her in this matter.

Dated this 15th day of May, 2014.

CHAPTER 7 TRUSTEE

/s/ Victoria L. Nelson

Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Road, Suite U
Las Vegas, NV  89169-0903
Telephone: 702/720-3370
Facsimile:  702/720-3371