NOH    E-filed on: May 19th, 2014
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
KATHERINE C.S. CARSTENSEN, ESQ.
Nevada Bar No. 10656
E-mail: katherine@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Former Attorneys for David A. Rosenberg,
Former Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-31603-MKN |
|---|---|
| WILLIAM A. GAYLER | Chapter 7 |
| Debtor. | **NOTICE OF HEARING** |
| | Hearing Date: June 26th, 2014 |
| | Hearing Time: 11:00 a.m. |
| | Place: Foley Federal Bldg. |
| |         300 Las Vegas Blvd. S. |
| |         Las Vegas, NV 89101 |
| | Hon. Mike K. Nakagawa |

**NOTICE IS HEREBY GIVEN** that a FIRST AND FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES ($66,025.00) AND REIMBURSEMENT OF EXPENSES ($8,587.19) OF HOWARD KIM & ASSOCIATES, LLC AS CHAPTER 7 ADMINISTRATIVE EXPENSE AND REQUEST FOR PAYMENT (the "Application") [Dkt. No. 687] was filed on May 19th, 2014, by Howard Kim & Associates.  The Application seeks compensation for professional services performed and for reimbursement of actual and necessary expenses incurred.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

///

- 1 -

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your reviews on the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (*see* Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Application will be held before a United States Bankruptcy Judge in the Foley Federal Building, Third Floor, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101 on June 26th, 2014 at 11:00 A.M.

Dated this 19th day of May, 2014.

           **HOWARD KIM & ASSOCIATES**

           /s/Katherine C.S. Carstensen
           Howard C. Kim, Esq.
           Nevada Bar No. 10386
           Jacqueline A. Gilbert, Esq.
           Nevada Bar No. 10593
           Katherine C.S. Carstensen, Esq.
           Nevada Bar No. 10656
           1055 Whitney Ranch Drive, Suite 110
           Henderson, Nevada 89014
           *Former Attorneys for David A. Rosenberg, Former Chapter 7 Trustee*

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301