**COS**
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
KATHERINE C.S. CARSTENSEN, ESQ.
Nevada Bar No. 10656
E-mail: katherine@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Former Attorneys for David A. Rosenberg,*
*Former Chapter 7 Trustee*

E-filed on: May 19th, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER<br><br>　　　　Debtor. | Case No.: BK-S-09-31603-MKN<br>Chapter 7<br><br>Hearing Date: June 26th, 2014<br>Hearing Time: 11:00 a.m.<br>Place: Foley Federal Bldg.<br>　　　　300 Las Vegas Blvd. S.<br>　　　　Las Vegas, NV 89101<br><br>Hon. Mike K. Nakagawa |

## CERTIFICATE OF SERVICE

1. On May 19th, 2014, I served the following document(s):

- **First and Final Application for Allowance of Attorneys' Fees ($66,025.00) and Reimbursement of Expenses ($8,587.19) of Howard Kim & Associates, LLC as Chapter 7 Administrative Expense and Request for Payment [Dkt. No. 687]**
- **Declaration of Howard C. Kim, Esq. in Support of First and Final Application for Allowance of Attorneys' Fees ($66,025.00) and Reimbursement of Expenses ($8,587.19) of Howard Kim & Associates, LLC as Chapter 7 Administrative Expense and Request for Payment [Dkt. No. 688]**

///

///

- **Declaration of David A. Rosenberg in Support of First and Final Application for Allowance of Attorneys' Fees ($66,025.00) and Reimbursement of Expenses ($8,587.19) of Howard Kim & Associates, LLC as Chapter 7 Administrative Expense and Request for Payment [Dkt. No. 689]**
- **Notice of Hearing [Dkt. No. 690]**

2. I served the above-named documents by the following means to the persons listed below:

**X**    **a. ECF System:**

SETH J. ADAMS on behalf of Creditor Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 under the Pooling and Servicing Agreement dated Februa
bknotice@mccarthyholthus.com, NVBKCOURT@mccarthyholthus.com

PHILLIP S. AURBACH on behalf of Trustee JAMES F. LISOWSKI, SR.
paurbach@maclaw.com, sboggs@maclaw.com

JAMES B. BALL on behalf of Creditor Citizens Bank
bkecf@poliball.com

MICHAEL W. CHEN on behalf of Creditor JPMORGAN CHASE BANK, N.A., ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST
bknotice@mccarthyholthus.com, mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Interpleader SUNSET II, LLC
kbc@cjmlv.com

DAVID A. COLVIN on behalf of Creditor 65% of the Owners of Sunset V, LLC
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Investors Commercial Capital, LLC
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Cynthia E. Brown
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor John O'Brien
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Phillip S. Aurbach
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Richard Plaut
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor William Godfrey
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Petitioning Creditor JOHN D. O'BRIEN PROFIT SHARING PLAN
dcolvin@maclaw.com, mwalters@maclaw.com

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

DAVID A. COLVIN on behalf of Plaintiff Barry R. Moore and Janie Moore, co-trustees of the BAMM Living Trust Dated July 16, 2003
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Eroom Holdings, LP
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Barry Moore
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff COLBY WILLIAMS
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff DONALD CAMPBELL
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff JOHN D. O'BRIEN
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Janie Moore
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff MARIO BORINI
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff MARIO P BORINI
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Trustee JAMES F. LISOWSKI, SR.
dcolvin@maclaw.com, mwalters@maclaw.com

EDWARD J. HANIGAN on behalf of Creditor The Eliot A. Alper Revocable Trust
ejh@haniganlaw.com, jas@haniganlaw.com

HOWARD C. KIM on behalf of Plaintiff DAVID A ROSENBERG
howard@hkimlaw.com,
jackie@hkimlaw.com;sarah@hkimlaw.com;tommie@hkimlaw.com;katherine@hkimlaw.com;diana@hkimlaw.com;rena@hkimlaw.com;adam@hkimlaw.com

MATTHEW T. KNEELAND on behalf of Defendant 23 GOLDEN SUNRAY, L.L.C.
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant APAN WINE, LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON HOLDING COMPANY, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON REAL ESTATE COMPANIES, INC.
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON REAL ESTATE DEVELOPMENT LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant IPS II, LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant MERITAGE-GAYLER LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant MORPHEUS ENTERPIRSES, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant TGF HOLDING LIMITED PARTNERSHIP
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE GAYLER 2001 IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE GAYLER FAMILY EDUCATIONAL, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER D/B/A ICON REAL ESTATE SERVICES
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS GENERAL PARTNER OF TGF HOLDING LIMITED PARTNERSHIP
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE GAYLER 2001 IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

ZACHARIAH LARSON on behalf of Interested Party BARRY MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party CH ANGELUS II, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party CH PICHON, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party GROTH, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party HARLAN, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party JANIE MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party BARRY R MOORE
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party JANIE MOORE
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party Janie Moore
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Special Counsel LARSON & ZIRZOW, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Special Counsel ZACHARIAH LARSON
carey@lzlawnv.com,
susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7
edward.m.mcdonald@usdoj.gov

DANIEL R. MCNUTT on behalf of Plaintiff DONALD CAMPBELL
drm@cmlawnv.com,
jv@cmlawnv.com;lah@cmlawnv.com;arb@cmlawnv.com;mcw@cmlawnv.com

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

SUSAN L. MYERS on behalf of Creditor SPENCER SUNSET, LLC
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

SUSAN L. MYERS on behalf of Interested Party JOHN D. O'BRIEN, TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

VICTORIA NELSON
trustee@nelsonhoumand.com,
cjorvig@nelsonhoumand.com;vln@trustesolutions.net;nalcantara@nelsonhoumand.com;nv29@ecfcbis.com

VICTORIA NELSON on behalf of Trustee VICTORIA NELSON
trustee@nelsonhoumand.com,
cjorvig@nelsonhoumand.com;vln@trustesolutions.net;nalcantara@nelsonhoumand.com;nv29@ecfcbis.com

DENNIS M. PRINCE on behalf of Creditor Old Landing Trust
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Defendant MARTIN BARRETT
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Defendant WALTER LOERWALD
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Interested Party WALTER LOERWALD
dprince@princekeating.com, aebinger@princekeating.com

DAVID A ROSENBERG on behalf of Trustee DAVID A ROSENBERG
darosenberg@7trustee.net, nv23@ecfcbis.com

KRISTIN A. SCHULER-HINTZ on behalf of Creditor Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 under the Pooling and Servicing Agreement dated Februa
bknotice@mccarthyholthus.com

ROBERT E. SCHUMACHER on behalf of Defendant EDWARD BROWN
rschumacher@gordonrees.com,
mogella@gordonrees.com;eescobar@gordonrees.com;bwalters@gordonrees.com

ROBERT E. SCHUMACHER on behalf of Defendant MARYELLEN BROWN
rschumacher@gordonrees.com,
mogella@gordonrees.com;eescobar@gordonrees.com;bwalters@gordonrees.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor ADDISON GLASS, INC.
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor JOHN D. O'BRIEN PROFIT SHARING PLAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor THE PIUS REIGER FAMILY LTD. PARTNERSHIP

bkfilings@s-mlaw.com

EDGAR C. SMITH on behalf of Creditor Old Landing Trust
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

EDGAR C. SMITH on behalf of Defendant MARTIN BARRETT
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

EDGAR C. SMITH on behalf of Defendant WALTER LOERWALD
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

JEFFREY R. SYLVESTER on behalf of Debtor WILLIAM A GAYLER
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant 23 GOLDEN SUNRAY, L.L.C.
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ALTRA VIDA, L.L.C.
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant APAN WINE, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant AXIOS-TC LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS II LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS III, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. PICHON I, LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant DOMINUS M-B, L.L.C.
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

JEFFREY R. SYLVESTER on behalf of Defendant GROTH LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant HARLAN, LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON HOLDING COMPANY, LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON REAL ESTATE COMPANIES, INC.
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON REAL ESTATE DEVELOPMENT LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant IPS II, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant MERITAGE-GAYLER LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant MORPHEUS ENTERPIRSES, LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant POLYRUS LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant TGF HOLDING LIMITED PARTNERSHIP
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE GAYLER 2001 IRREVOCABLE TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE GAYLER FAMILY EDUCATIONAL, LLC

- 8 -

jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER D/B/A ICON REAL ESTATE SERVICES
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS GENERAL PARTNER OF TGF HOLDING LIMITED PARTNERSHIP
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE GAYLER 2001 IRREVOCABLE TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM GAYLER
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

LIANE K. WAKAYAMA on behalf of Creditor BARRY R MOORE
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party BARRY MOORE AS

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

1   CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
    lwakayama@maclaw.com, nknilans@maclaw.com

2   LIANE K. WAKAYAMA on behalf of Interested Party DONALD CAMPBELL,
3   TRUSTEE OF THE DONALD J. CAMPBELL PROFESSIONAL
    CORPORATION PROFIT SHARING PLAN
    lwakayama@maclaw.com, nknilans@maclaw.com

4

5   LIANE K. WAKAYAMA on behalf of Interested Party JANIE MOORE AS CO-
    TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
    lwakayama@maclaw.com, nknilans@maclaw.com

6

7   LIANE K. WAKAYAMA on behalf of Interested Party JOHN D. O'BRIEN,
    TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN
    lwakayama@maclaw.com, nknilans@maclaw.com

8

9   LIANE K. WAKAYAMA on behalf of Interested Party Barry Moore
    lwakayama@maclaw.com, nknilans@maclaw.com

10  LIANE K. WAKAYAMA on behalf of Interested Party DONALD J CAMPBELL
    lwakayama@maclaw.com, nknilans@maclaw.com

11

12  LIANE K. WAKAYAMA on behalf of Interested Party JOHN ESPOSITO
    lwakayama@maclaw.com, nknilans@maclaw.com

13  LIANE K. WAKAYAMA on behalf of Interested Party JOHN O'BRIEN
    lwakayama@maclaw.com, nknilans@maclaw.com

14

15  LIANE K. WAKAYAMA on behalf of Interested Party Janie Moore
    lwakayama@maclaw.com, nknilans@maclaw.com

16  LIANE K. WAKAYAMA on behalf of Interested Party LORRAINE ESPOSITO
    lwakayama@maclaw.com, nknilans@maclaw.com

17

18  LIANE K. WAKAYAMA on behalf of Plaintiff Barry R. Moore and Janie
    Moore, co-trustees of the BAMM Living Trust Dated July 16, 2003
    lwakayama@maclaw.com, nknilans@maclaw.com

19

20  LIANE K. WAKAYAMA on behalf of Plaintiff Eroom Holdings, LP
    lwakayama@maclaw.com, nknilans@maclaw.com

21  LIANE K. WAKAYAMA on behalf of Plaintiff Barry Moore
    lwakayama@maclaw.com, nknilans@maclaw.com

22

23  LIANE K. WAKAYAMA on behalf of Plaintiff COLBY WILLIAMS
    lwakayama@maclaw.com, nknilans@maclaw.com

24  LIANE K. WAKAYAMA on behalf of Plaintiff DONALD CAMPBELL
    lwakayama@maclaw.com, nknilans@maclaw.com

25

26  LIANE K. WAKAYAMA on behalf of Plaintiff JOHN D. O'BRIEN
    lwakayama@maclaw.com, nknilans@maclaw.com

27  LIANE K. WAKAYAMA on behalf of Plaintiff Janie Moore
    lwakayama@maclaw.com, nknilans@maclaw.com

28

LIANE K. WAKAYAMA on behalf of Plaintiff MARIO BORINI

- 10 -

lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff MARIO P BORINI
lwakayama@maclaw.com, nknilans@maclaw.com

BRIAN K WALTERS on behalf of Defendant EDWARD BROWN
bwalters@gordonrees.com, eescobar@gordonrees.com;mogella@gordonrees.com

BRIAN K WALTERS on behalf of Defendant MARYELLEN BROWN
bwalters@gordonrees.com, eescobar@gordonrees.com;mogella@gordonrees.com

BRIAN C. WHITAKER on behalf of Creditor BYRON LEBOW
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BYRON LEBOW REVOCABLE FAMILY TRUST
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BYRON LEBOW, AS TRUSTEE OF THE BYRON LEBOW REVOCABLE FAMILY TRUST
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BRYON LEBOW
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

ERIKA M. WRIGHT on behalf of Creditor CITY NATIONAL BANK
cmiller@millerwrightlaw.com;randerson@millerwrightlaw.com

**X**    **b. United States Mail,** postage fully prepaid, to the persons as listed below.

GILMORE & GILMORE CPA
6817 S EASTERN AVE 102
LAS VEGAS NV 89119

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Flamingo Tenaya, LLC
c/o Flangas McMillan Law Group
Attn: Jessica K. Marsh, Esq.
3275 So. Jones Blvd., Suite 105
Las Vegas, Nevada 89146

Ally Financial Inc. f/k/a GMAC Inc.
PO Box 130424
Roseville, MN 55113

Chase Auto Finance
AZ1-1191
201 N Central Ave
Phoenix, AZ 85004

///

| | |
|---|---|
| 1 | GERETY AND ASSOCIATES CPAS<br>6817 S. EASTERN AVENUE. SUITE 101<br>LAS VEGAS, NV 89119 |
| 2 | |
| 3 | CITY NATIONAL BANK<br>c/o ERIKA M. WRIGHT. ESQ.<br>SHEA & CARLYON. LTD. |
| 4 | 701 BRIDGER AVENUE, SUITE 850<br>LAS VEGAS, NV 89101 |
| 5 | |
| 6 | LIVIA M LINDQUIST<br>2720 BIANCA COURT<br>LAS VEGAS NV 89117 |
| 7 | |
| 8 | TINA E ALPER<br>TRUSTEE TINA E ALPER REVOCABLE TRUST<br>PO BOX 22645 |
| 9 | CARMEL CA 93923 |
| 10 | Eliot A. Alper Revocable Trust<br>3535 Executive Terminal Drive |
| 11 | Suite 300<br>Henderson, NV 89052 |
| 12 | |
| 13 | WILLIAM BUORNACORSI<br>7924 ASPECT WAY<br>LAS VEGAS, NV 89149 |
| 14 | |
| 15 | CH BARON. LLC<br>9960 WEST CHEYENNE AVENUE, SUITE 160<br>LAS VEGAS, NV 89129 |
| 16 | |
| 17 | SUNSET III. LLC<br>9960 WEST CHEYENNE AVENUE, SUITE 160<br>LAS VEGAS, NV 89129 |
| 18 | |
| 19 | PIUS REIGER FAMILY LIMITED PARTNERSHIP<br>6085 TARRANT RANCH ROAD<br>LAS VEGAS, NV 89131 |
| 20 | |
| 21 | ADF-SUNSET III. LLC<br>C/O SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS |
| 22 | 300 SOUTH FOURTH STREET, SUITE 1700<br>LAS VEGAS, NV 89101 |
| 23 | |
| 24 | ADF-SUNSET 7. LLC<br>C/O SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS |
| 25 | 300 SOUTH FOURTH STREET, SUITE 1700<br>LAS VEGAS, NV 89101 |
| 26 | |
| 27 | SPENCER SUNSET. LLC<br>C/O SUSAN L. MYERS<br>LIONEL SAWYER & COLLINS |
| 28 | 300 SOUTH FOURTH STREET, SUITE 1700<br>LAS VEGAS, NV 89101 |

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

SUN PEAK HOA C/O BRUCE H. SHAPIRO PC
331 RIO GRANDE STREET
SUITE 302
SALT LAKE CITY, UTAH 84101

NEVADA STATE BANK
C/O LEGAL PROCESSING DEPARTMENT
P.O. BOX 990
LAS VEGAS, NEVADA 89125-0990

Weingarten Maya Tropicana, LLC
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008
Attn: Jenny J. Hyun, Esq.

Donald J. Campbell
700 South Seventh Street
Las Vegas, NV 89101

J. Colby Williams
700 South Seventh Street
Las Vegas, NV 89101

John D. O'Brien, individually and John D. O'Brien, John D. O'Brien, Trustee
700 South Seventh Street
Las Vegas, NV 89101

The Alexander Dawson Foundation
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119

Bianca Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119

Mario P. Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119

Joseph Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119

Barry Moore
c/o Marquis & Aurbach
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145

///

- 13 -

LEBOW FAMILY LIMITED PARTNERSHIP UA DTD 12/10/96
c/o BYRON LEBOW
c/o BRIAN C. WHITAKER. ESQ.
1349 W. GALLERIA DR. SUITE 200
HENDERSON NV 89014

BYRON AND CAROLYN LEBOW REVOCABLE TRUST
C/O BYRON LEBOW
C/O BRIAN C. WHITAKER. ESQ.
1349 W. GALLERIA DRIVE. SUITE 200
HENDERSON NV 89014

BYRON LEBOW
ONE HUGHES CENTER DR., #1104
LAS VEGAS, NV 89109

Investors Commercial Capital. LLC
c/o Erik Fox. Esq. & David Colvin Esq.
10001 Park Run Drive
Las Vegas, NV 89145

BMO HARRIS BANK NA
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: 05/19/2014

Katherine Carstensen            /s/Katherine Carstensen

(NAME OF DECLARANT)         (SIGNATURE OF DECLARANT)