Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Electronically Filed On: May 28, 2014*

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER,<br><br>Debtor. | Case No. BK-S-09-31603-MKN<br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY ANDERSEN LAW FIRM, LTD., *NUNC PRO TUNC*, AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing: July 24, 2014<br>Time of Hearing: 11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>Foley Federal Building<br>300 Las Vegas Blvd., S.<br>Las Vegas, NV 89101<br><br>Judge: Honorable Mike K. Nakagawa |

**NOTICE IS HEREBY GIVEN** that the Application to Employ Andersen Law, Ltd., *nunc pro tunc*, as General Bankruptcy Counsel for Victoria L. Nelson, Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 (the "Application"). The Application seeks to employ Andersen Law, Ltd. (the "Firm") as general bankruptcy pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy

-1-

Procedure 2014. Subject to Court approval, in accordance with 11 U.S.C. § 330, the Trustee seeks to retain the Firm on an hourly basis at the customary and standard rates that the Firm charges for similar representation, plus reimbursement of actual and necessary expenses incurred by the Firm in performing its duties. The Firm proposes the compensation of said attorneys be at varying rates currently ranging from $200 per hour to $300 per hour for the services of attorneys, subject to change from time to time, and all subject to application to, and approval by, this Court pursuant to Sections 330 and 331 of the Bankruptcy Code. The Firm proposes the compensation of said paraprofessionals be at varying rates currently ranging from $150 per hour for paraprofessionals, subject to change from time to time, and all subject to application to, and approval by, this Court pursuant to Sections 330 and 331 of the Bankruptcy Code.

A copy of the Application, the Declaration of Victoria L. Nelson In Support of the Application to Employ Andersen Law, Ltd., *nunc pro tunc*, as General Bankruptcy Counsel for Victoria L. Nelson, Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014, and the Declaration of Ryan Andersen, Esq. In Support of the Application to Employ Andersen Law, Ltd., *nunc pro tunc*, as General Bankruptcy Counsel for Victoria L. Nelson, Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 are on file with the Clerk's Office of the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101. Copies of the Objection and supporting declarations may also be obtained from counsel for the Trustee or through the Bankruptcy Court's website at www.nvb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your reviews on the Motion, then you must file an opposition with the Court, and serve a copy of the person making the Motion ***no later than fourteen (14) days preceding the hearing date for the Motion.*** The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

. . .

. . .

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

    **NOTICE IS FURTHER GIVEN** that a hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 2, Las Vegas, Nevada on July 24, 2014 at 11:00 a.m.

    **NOTICE IS FURTHER GIVEN** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noted hearing or any adjournment thereof.

    Dated this 28th day of May, 2014.

                                                     **CHAPTER 7 TRUSTEE**

*/s/ Victoria L. Nelson*
Victoria L. Nelson, Esq. (NV Bar No. 5436)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Chapter 7 Trustee*

-3-