Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Chapter 7 Trustee*

***Electronically Filed On: May 29, 2014***

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

WILLIAM A. GAYLER,

Debtor.

Case No. BK-S-09-31603-MKN
Chapter 7

**CERTIFICATE OF SERVICE**

Date of Hearing: July 24, 2014
Time of Hearing: 11:00 a.m.
Place: Courtroom No. 2, Third Floor
Foley Federal Building
300 Las Vegas Blvd., S.
Las Vegas, NV 89101

Judge: Honorable Mike K. Nakagawa

1. On May 29, 2014, I served the following document(s) (*specify*):

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLIATION TO EMPLOY ANDERSEN LAW FIRM, LTD., *NUNC PRO TUNC*, AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327(A) AND 328(A) FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

2. I served the above-named document(s) by the following means to the persons as listed below:
(***Check all that apply***)

☒ a. **ECF System** ***(You must attach the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)***

SETH J. ADAMS on behalf of Creditor Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 under the Pooling and Servicing Agreement dated Februa
bknotice@mccarthyholthus.com, NVBKCOURT@mccarthyholthus.com

PHILLIP S. AURBACH on behalf of Trustee JAMES F. LISOWSKI, SR.
paurbach@maclaw.com, sboggs@maclaw.com

JAMES B. BALL on behalf of Creditor Citizens Bank
bkecf@poliball.com

MICHAEL W. CHEN on behalf of Creditor JPMORGAN CHASE BANK, N.A., ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST
bknotice@mccarthyholthus.com, mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Interpleader SUNSET II, LLC
kbc@cjmlv.com

DAVID A. COLVIN on behalf of Creditor 65% of the Owners of Sunset V, LLC
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Investors Commercial Capital, LLC
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Cynthia E. Brown
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor John O'Brien
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Phillip S. Aurbach
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor Richard Plaut
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Creditor William Godfrey
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Petitioning Creditor JOHN D. O'BRIEN PROFIT SHARING PLAN
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Barry R. Moore and Janie Moore, co-trustees of the BAMM Living Trust Dated July 16, 2003
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Eroom Holdings, LP

dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Barry Moore
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff COLBY WILLIAMS
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff DONALD CAMPBELL
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff JOHN D. O'BRIEN
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff Janie Moore
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff MARIO BORINI
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Plaintiff MARIO P BORINI
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Trustee JAMES F. LISOWSKI, SR.
dcolvin@maclaw.com, mwalters@maclaw.com

EDWARD J. HANIGAN on behalf of Creditor The Eliot A. Alper Revocable Trust
ejh@haniganlaw.com, jas@haniganlaw.com

HOWARD C. KIM on behalf of Plaintiff DAVID A ROSENBERG
howard@hkimlaw.com,
jackie@hkimlaw.com;sarah@hkimlaw.com;tommie@hkimlaw.com;katherine@hkimlaw.com;diana@hkimlaw.com;rena@hkimlaw.com;adam@hkimlaw.com

MATTHEW T. KNEELAND on behalf of Defendant 23 GOLDEN SUNRAY, L.L.C.
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant APAN WINE, LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON HOLDING COMPANY, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON REAL ESTATE COMPANIES, INC.
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant ICON REAL ESTATE DEVELOPMENT LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant IPS II, LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant MERITAGE-GAYLER LIMITED LIABILITY COMPANY
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant MORPHEUS ENTERPIRSES, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant TGF HOLDING LIMITED PARTNERSHIP
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE GAYLER 2001 IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE GAYLER FAMILY EDUCATIONAL, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER D/B/A ICON REAL ESTATE SERVICES
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS GENERAL PARTNER OF TGF HOLDING LIMITED PARTNERSHIP
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE GAYLER 2001 IRREVOCABLE TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST

matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

MATTHEW T. KNEELAND on behalf of Defendant WILLIAM A. GAYLER
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

ZACHARIAH LARSON on behalf of Interested Party BARRY MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party CH ANGELUS II, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party CH PICHON, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party GROTH, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party HARLAN, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party JANIE MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party BARRY R MOORE
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party JANIE MOORE
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party Janie Moore
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Special Counsel LARSON & ZIRZOW, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Special Counsel ZACHARIAH LARSON
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7
edward.m.mcdonald@usdoj.gov

DANIEL R. MCNUTT on behalf of Plaintiff DONALD CAMPBELL

drm@cmlawnv.com, jv@cmlawnv.com;lah@cmlawnv.com;arb@cmlawnv.com;mcw@cmlawnv.com

SUSAN L. MYERS on behalf of Creditor SPENCER SUNSET, LLC
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

SUSAN L. MYERS on behalf of Interested Party JOHN D. O'BRIEN, TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

VICTORIA NELSON
trustee@nelsonhoumand.com, cjorvig@nelsonhoumand.com;vln@trustesolutions.net;nalcantara@nelsonhoumand.com;nv29@ecfcbis.com

VICTORIA NELSON on behalf of Trustee VICTORIA NELSON
trustee@nelsonhoumand.com, cjorvig@nelsonhoumand.com;vln@trustesolutions.net;nalcantara@nelsonhoumand.com;nv29@ecfcbis.com

DENNIS M. PRINCE on behalf of Creditor Old Landing Trust
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Defendant MARTIN BARRETT
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Defendant WALTER LOERWALD
dprince@princekeating.com, aebinger@princekeating.com

DENNIS M. PRINCE on behalf of Interested Party WALTER LOERWALD
dprince@princekeating.com, aebinger@princekeating.com

DAVID A ROSENBERG on behalf of Trustee DAVID A ROSENBERG
darosenberg@7trustee.net, nv23@ecfcbis.com

KRISTIN A. SCHULER-HINTZ on behalf of Creditor Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 under the Pooling and Servicing Agreement dated Februa
bknotice@mccarthyholthus.com

ROBERT E. SCHUMACHER on behalf of Defendant EDWARD BROWN
rschumacher@gordonrees.com, mogella@gordonrees.com;eescobar@gordonrees.com;bwalters@gordonrees.com

ROBERT E. SCHUMACHER on behalf of Defendant MARYELLEN BROWN
rschumacher@gordonrees.com, mogella@gordonrees.com;eescobar@gordonrees.com;bwalters@gordonrees.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor ADDISON GLASS, INC.
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor JOHN D. O'BRIEN PROFIT SHARING PLAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Petitioning Creditor THE PIUS REIGER FAMILY LTD. PARTNERSHIP
bkfilings@s-mlaw.com

EDGAR C. SMITH on behalf of Creditor Old Landing Trust
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

EDGAR C. SMITH on behalf of Defendant MARTIN BARRETT
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

EDGAR C. SMITH on behalf of Defendant WALTER LOERWALD
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com

JEFFREY R. SYLVESTER on behalf of Debtor WILLIAM A GAYLER
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant 23 GOLDEN SUNRAY, L.L.C.
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ALTRA VIDA, L.L.C.
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant APAN WINE, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant AXIOS-TC LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS II LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS III, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. ANGELUS LLC

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant CH. PICHON I, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant DOMINUS M-B, L.L.C.
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant GROTH LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant HARLAN, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON HOLDING COMPANY, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON REAL ESTATE COMPANIES, INC.
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant ICON REAL ESTATE DEVELOPMENT LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant IPS II, LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant MERITAGE-GAYLER LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant MORPHEUS ENTERPIRSES, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant POLYRUS LIMITED LIABILITY COMPANY
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant TGF HOLDING LIMITED PARTNERSHIP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE GAYLER 2001 IRREVOCABLE TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE GAYLER FAMILY EDUCATIONAL, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER D/B/A ICON REAL ESTATE SERVICES
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS GENERAL PARTNER OF TGF HOLDING LIMITED PARTNERSHIP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE GAYLER 2001 IRREVOCABLE TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER, AS TRUSTEE OF THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM GAYLER
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM A. GAYLER
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

LIANE K. WAKAYAMA on behalf of Creditor BARRY R MOORE
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party BARRY MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party DONALD CAMPBELL, TRUSTEE OF THE DONALD J. CAMPBELL PROFESSIONAL CORPORATION PROFIT SHARING PLAN
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party JANIE MOORE AS CO-TRUSTEE OF THE BAMM LIVING TRUST DATED JULY 16, 2003
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party JOHN D. O'BRIEN, TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party Barry Moore
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party DONALD J CAMPBELL
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party JOHN ESPOSITO
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party JOHN O'BRIEN
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party Janie Moore
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Interested Party LORRAINE ESPOSITO
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff Barry R. Moore and Janie Moore, co-trustees of the BAMM Living Trust Dated July 16, 2003
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff Eroom Holdings, LP
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff Barry Moore
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff COLBY WILLIAMS
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff DONALD CAMPBELL
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff JOHN D. O'BRIEN
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff Janie Moore
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff MARIO BORINI
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Plaintiff MARIO P BORINI
lwakayama@maclaw.com, nknilans@maclaw.com

LIANE K. WAKAYAMA on behalf of Special Counsel MARQUIS AURBACH COFFING
lwakayama@maclaw.com, nknilans@maclaw.com

BRIAN K WALTERS on behalf of Defendant EDWARD BROWN
bwalters@gordonrees.com, eescobar@gordonrees.com;mogella@gordonrees.com

BRIAN K WALTERS on behalf of Defendant MARYELLEN BROWN
bwalters@gordonrees.com, eescobar@gordonrees.com;mogella@gordonrees.com

BRIAN C. WHITAKER on behalf of Creditor BYRON LEBOW
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BYRON LEBOW REVOCABLE FAMILY TRUST
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BYRON LEBOW, AS TRUSTEE OF THE BYRON LEBOW REVOCABLE FAMILY TRUST
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

BRIAN C. WHITAKER on behalf of Defendant BRYON LEBOW
bwhitaker@woodserickson.com, cpellerin@woodserickson.com

ERIKA M. WRIGHT on behalf of Creditor CITY NATIONAL BANK
cmiller@millerwrightlaw.com;randerson@millerwrightlaw.com

☐ b. **United States mail, postage full prepaid**

See Attached Creditors Mailing Matrix

☐ c. **Personal Service** ***(List persons and addresses. Attach additional paper if necessary)***
I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct e mail (as opposed to through the ECF System)** **(List persons and email addresses. Attach additional paper if necessary)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** ***(List persons and fax numbers. Attach additional paper if necessary)***

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger** ***(List persons and addresses. Attach additional paper if necessary)***

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**
**Signed on *(date): May 29, 2014***

Carol E. Jorvig
(NAME OF DECLARANT)

/s/ *Carol E. Jorvig*
(SIGNATURE OF DECLARANT)

Label Matrix for local noticing
0978-2
Case 09-31603-mkn
District of Nevada
Las Vegas
Wed May 28 16:49:05 PDT 2014

23 GOLDEN SUNRAY, L.L.C.
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

65% of the Owners of Sunset V, LLC
Marquis Aurbach Coffing
10001 Park Run Drive
Attn: Phillip S. Aurbach, Esq.
Las Vegas, NV 89145-8857

ADDISON GLASS, INC.
C/O ERIC DOBBERSTEIN, ESQ.
8965 S. EASTERN AVE #280
LAS VEGAS, NV 89123-4898

APAN WINE, LIMITED LIABILITY COMPANY
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

AXIOS-TC LIMITED LIABILITY COMPANY
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

BYRON LEBOW REVOCABLE FAMILY TRUST
C/O BRIAN WHITAKER/WOODS ERICKSON WHITAK
1349 W. GALLERIA DR, #200
HENDERSON, NV 89014-8624

CH ANGELUS II, LLC
C/O ZACHARIAH LARSON / LARSON & ZIRZOW
810 S CASINO CENTER BLVD, #100
LAS VEGAS, NV 89101-6719

CH PICHON, LLC
C/O Zachariah Larson, Esq.
Larson & Zirzow, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101-6719

CITY NATIONAL BANK
SHEA & CARLYON, LTD.
701 BRIDGE AVE, #850
LAS VEGAS, NV 89101-8959

Citizens Bank
C/O Poli & Ball, PLC
601 S. Seventh Street, Second Floor
Las Vegas, NV 89101-6905

Flamingo Tenaya, LLC
Flangas McMillan Law Group
Jessica K. Marsh, Esq.
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146-6768

GROTH, LLC
C/O Zachariah Larson, Esq.
Larson & Zirzow, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101-6719

HARLAN, LLC
c/o Zachariah Larson, Esq.
Larson & Zirzow, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101-6719

ICON HOLDING COMPANY, LLC
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

ICON REAL ESTATE COMPANIES, INC.
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

ICON REAL ESTATE DEVELOPMENT LIMITED LIABILI
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Investors Commercial Capital, LLC
c/o Marquis Aurbach Coffing
Attn: Frank Flansburg Esq & David Colvin
10001 Park Run Drive
Las Vegas, NV 89145-8857

JOHN D. O'BRIEN PROFIT SHARING PLAN
JOHN D. O'BRIEN, TRUSTEE
700 S. SEVENTH STREET
LAS VEGAS, NV 89101-6908

JPMORGAN CHASE BANK, N.A., ITS ASSIGNEES AND
THE COOPER CASTLE LAW FIRM, LLP
820 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89107-4411

LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101-6719

LISOWSKI LAW FIRM, CHTD.
1661 E. FLAMINGO RD, STE 5A
LAS VEGAS, NV 89119-5291

MERITAGE-GAYLER LIMITED LIABILITY COMPANY
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

MORPHEUS ENTERPIRSES, LLC
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

SPENCER SUNSET, LLC
LIONEL SAWYER & COLLINS
SUSAN L. MYERS
300 SOUTH FOURTH STREET
SUITE 1700
LAS VEGAS, NV 89101-6000

SUNSET II, LLC
7881 W. CHARLESTON BLVD., #140
LAS VEGAS, NV 89117-8326

TGF HOLDING LIMITED PARTNERSHIP
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

THE GAYLER 2001 IRREVOCABLE TRUST
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

THE GAYLER FAMILY EDUCATIONAL, LLC
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRU
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

THE PIUS REIGER FAMILY LTD. PARTNERSHIP
6085 TARRANT RANCH RD
LAS VEGAS, NV 89131-3129

THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUS
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

The Eliot A. Alper Revocable Trust
3535 Executive Terminal Drive
Suite 300
Henderson, NV 89052-4228

Weingarten Maya Tropiciana, LLC
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Attn: Jenny J. Hyun
Houston, TX 77008-1351

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

100 YEAR, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

23 GOLDEN SUNRAY, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

65% of the Owners of Sunset V, LLC
Attn: Phillip S. Aurbach, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

65% of the Owners of Sunset V, LLC
Marquis Aurbach Coffing
Attn: Phil Aurbach
10001 Park Run Drive
Las Vegas, NV 89145-8857

ADF-SUNSET 7, LLC
C/O SUSAN L. MYERS
LIONEL SAWYER & COLLINS
300 SOUTH FOURTH STREET, SUITE 1700
LAS VEGAS, NV 89101-6053

ADF-SUNSET III, LLC
C/O SUSAN L. MYERS
LIONEL SAWYER & COLLINS
300 SOUTH FOURTH STREET, SUITE 1700
LAS VEGAS, NV 89101-6053

ALEXANDER DAWSON FOUNDATION
ATTN: OZ GUTSCHE
4042 S. SPENCER #312
LAS VEGAS, NV 89119

APAN WINE, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

ARIETTA, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

AVANTI DOOR
4650 S. DECATUR
LAS VEGAS, NV 89103-5209

AXIOS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

Ally Financial Inc. f/k/a GMAC Inc.
PO Box 130424
Roseville, MN 55113-0004

BARRY R. AND JAINE MOORE, TRUSTEES
BAMM LIVING TRUST DATED 7/16/03
911 N. BUFFALO DR., #201
LAS VEGAS, NV 89128-0391

BARRY R. MOORE
10777 W. TWAIN #333
LAS VEGAS, NV 89135-3038

BMO HARRIS BANK NA
C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

BRIANHEAD INVESTORS, LLC
2920 S. JONES BLVD., SUITE 225
LAS VEGAS, NV 89146-5622

BYRON AND CAROLYN LEBOW REVOCABLE TRUST
C/O BYRON LEBOW
C/O BRIAN C. WHITAKER, ESQ.
1349 W. GALLERIA DRIVE, SUITE 200
HENDERSON NV 89014-8624

BYRON LEBOW
ONE HUGHES CENTER DR., #1104
LAS VEGAS, NV 89169-6716

Barry Moore
c/o Marquis & Aurbach
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

Bianca Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

CAINE FIVE, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CANYON GATE COUNTRY CLUB
2001 W. CANYON GATE DR.
LAS VEGAS, NV 89117-5846

CAPITAL ONE M/C
P.O. BOX 60024
CITY OF INDUSTRY, CA 91716-0024

CAPITAL ONE VISA
P.O. BOX 60024
CITY OF INDUSTRY, CA 91716-0024

CH ANGELUS II, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH ANGELUS II, LLC
c/o LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101-6719

CH ANGELUS III, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH ANGELUS IV, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH ANGELUS PARTNERS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH ANGELUS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH BARON, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CH PICHON, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CHARLES KRUG, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

CHASE FINANCIAL
NATIONAL BANKRUPTCY DEPT.
201 N. CENTRAL AVE. A21-1991
PHOENIX, AZ 85004-0073

CITIZENS FINANCIAL GROUP
1 CITIZENS PLAZA
PROVIDENCE, RI 02903-1339

CITY NATIONAL BANK
10801 W. CHARLESTON
LAS VEGAS, NV 89135-1202

CITY NATIONAL BANK
c/o ERIKA M. WRIGHT, ESQ.
SHEA & CARLYON, LTD.
701 BRIDGER AVENUE, SUITE 850
LAS VEGAS, NV 89101-8959

CORE-MARK INTERNATIONAL, INC.
3950 W. HARMON AVENUE
LAS VEGAS, NV 89103-5512

CORE-MARK INTERNATIONAL, INC.
C/O NATNL. REGISTERED AGENTS OF NV, INC.
1000 E. WILLIAM ST., SUITE 204
CARSON CITY, NV 89701-3117

Chase Auto Finance
AZ1-1191
201 N Central Ave
Phoenix, AZ 85004-1071

DA 1147, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

DA 1148, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

DANIEL GERETY
GERETY & ASSOCIATES
6817 S. EASTERN AVE. #100
LAS VEGAS, NV 89119-4684

DAVID A. COLVIN, ESQ.
DALE A. HAYES, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145-8857

DAVID SHAPIRO, ET AL
8019 ECHO CLISS LANE
LAS VEGAS, NV 89129-4880

DAVID STRAUS, ESQ.
900 RANCHO LANE
LAS VEGAS, NV 89106-3824

DEAN Y. KAJIOKU, ESQ.
KAJIOKU & ASSOCIATES
810 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89101-6719

DENNIS PRINCE, ESQ.
PRINCE & KEATING
3230 S. BUFFALO #1008
LAS VEGAS, NV 89117-2505

DIAMANTE ROSE, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

DIANE WILD
c/o GUS W. FLANGAS, ESQ.
3275 S. JONES BLVD., SUITE 105
LAS VEGAS, NV 89146-6768

DINERS CLUB/CITIBANK
P.O. BOX 6009
THE LAKES, NV 89163-0001

DOLCE-EB, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

DONALD J. CAMPBELL, ESQ.
J. COLBY WILLIAMS, ESQ.
CAMPBELL & WILLIAMS
700 S. 7TH STREET
LAS VEGAS, NV 89101-6908

DONNA ALDERSON
12105 EL PORTICO COURT
LAS VEGAS, NV 89138-5007

DUMOL, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

Donald J. Campbell
700 South Seventh Street
Las Vegas, NV 89101-6908

EAGLE SENTRY
3595 E. PATRICK #1200
LAS VEGAS, NV 89120-6239

EDWARD J. HANNIGAN, ESQ.
2580 ANTHEM VILLAGE DRIVE
HENDERSON, NV 89052-5503

ELEVATION 1142, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

EROOM HOLDING LTD. PARTNERSHIP
c/o AIM GROUP, LLC
22 PROMONTORY RIDGE DRIVE
LAS VEGAS, NV 89135-1671

Flamingo Tenaya, LLC
c/o Flangas McMillan Law Group
Attn: Jessica K. Marsh, Esq.
3275 So. Jones Blvd., Suite 105
Las Vegas, Nevada 89146-6768

GAYLER FAMILY EDUCATIONAL TRUST
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GAYLER FAMILY LTD PARTNERSHIP
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GAYLER MERITAGE, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GCS, INC. (JACKPOTTERS BAR)
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GCS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GERETY AND ASSOCIATES CPAS
6817 S. EASTERN AVENUE, SUITE 101
LAS VEGAS, NV 89119-4684

GILMORE & GILMORE CPA
6817 S EASTERN AVE 102
LAS VEGAS NV 89119-4684

GMAC
P.O. BOX 9001951
LOUISVILLE, KY 40290-1951

GOVAN CROSS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GROTH, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

GUS W. FLANGAS, ESQ.
FLANGAS MCMILLAN LAW OFFICES
3275 S. JONES BLVD., SUITE 105
LAS VEGAS, NV 89146-6768

HARLAN, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

HARTLEY, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

ICON HOLDING CO., LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

ICON PROFITS SHARING, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

ICON REAL ESTATE COMPANIES, INC.
4035 S. EL CAPITAN WAY
LAS VEGAS, NV 89147-3430

INDYMAC BANK
P.O. BOX 9042
TEMECULA, CA 92589-9042

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY UNIT
110 CITY PARKWAY, STOP 5028
LAS VEGAS, NV 89106-6085

IPS 3, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

IPS 4, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

IPS II, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

Investors Commercial Capital, LLC
c/o Erik Fox, Esq. & David Colvin Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

J. Colby Williams
700 South Seventh Street
Las Vegas, NV 89101-6908

JAMES E. SMITH, II, ESQ.
KAEMPFER CROWELL RENSHAW
8345 W. SUNSET RD., SUITE 250
LAS VEGAS, NV 89113-2092

JAMES PENGILLY, ESQ.
PENGILLY LAW FIRM
10080 W. ALTA AVE #140
LAS VEGAS, NV 89145-8728

JEREMY RANCH GOLF CLUB
8770 N. JEREMY ROAD
PARK CITY, UT 84098-4888

JOHN M. NETZORG, ESQ.
2810 W. CHARLESTON BLVD., SUITE H-81
LAS VEGAS, NV 89102-1910

John D. O'Brien, individually and John
John D. O'Brien, Trustee
700 South Seventh Street
Las Vegas, NV 89101-6908

Joseph Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

Joseph Bornini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

KENT'S GLASS & MIRROR, INC.
c/o ROLAND S. ERICSSON
44 WILLOW WISP TERRACE
HENDERSON, NV 89074-1724

LEBOW FAMILY LIMITED PARTNERSHIP UA DTD 12/1
c/o BYRON LEBOW
c/o BRIAN C. WHITAKER, ESQ.
1349 W. GALLERIA DR, SUITE 200
HENDERSON NV 89014-8624

LENARD E. SCHWARTZER, ESQ.
SCHWARTZER & McPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

LIVIA M LINDQUIST
2720 BIANCA COURT
LAS VEGAS NV 89117-3654

M. LEONARD & MYRNA L. SIMON,
TRUSTEES OF SIMON FAMILY TRUST
6370 BIXBY HILL ROAD
LONG BEACH, CA 90815-4701

MARK SCHNIPPEL
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

MARTIN BARRETT
10404 MANSION HILLS AVE.
LAS VEGAS, NV 89144-4327

MAYA I-215, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

MER SOLIEL, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

MRKK, LLC
3552 RIDGE MEADOW
LAS VEGAS, N 89135-7811

Mario P. Borini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

Mario P. Bornini
c/o Alexander Dawson, Inc.
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

NEVADA COMMERCE BANK
ATTN: ROB BULMER
6795 EDMOND ST.
LAS VEGAS, NV 89118-3505

NEVADA STATE BANK
C/O LEGAL PROCESSING DEPARTMENT
P.O. BOX 990
LAS VEGAS, NEVADA 89125-0990

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV 89125-0990

OLD LANDING TRUST, A NEVADA TRUST
C/O EDGAR C SMITH, ESQ.
7371 PRAIRIE FALCON ROAD, #120
LAS VEGAS, NEVADA 89128-0834

PIUS REIGER FAMILY LIMITED PARTNERSHIP
6085 TARRANT RANCH ROAD
LAS VEGAS, NV 89131-3129

PLUMP JACK, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

POLYRUS, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

REDSTONE GRILLE, LLC
9770 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-4074

RICHARD P. THRELFAL ARCHITECT, INC.
c/o ROBERT E. SCHUMACHER, ESQ.
GORDON & REES LLP
3770 HOWARD HUGHES PKWY., SUITE 100
LAS VEGAS, NV 89169-0940

ROBERT S. QUALEY, ESQ.
BLALOCK & QUALEY
20 BONNEVILLE AVE.
LAS VEGAS, NV 89101-6435

SASSICAIA, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SCREAMING EAGLE II, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SCREAMING EAGLE, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SECURITY NATIONAL INSURANCE
5300 SOUTH 360 WEST
SALT LAKE CITY, UT 84123-4600

SPENCER SUNSET, LLC
C/O SUSAN L. MYERS
LIONEL SAWYER & COLLINS
300 SO. 4TH STREET SUITE 1700
LAS VEGAS, NV 89101-6053

SPENCER SUNSET, LLC
C/O SUSAN L. MYERS
LIONEL SAWYER & COLLINS
300 SOUTH FOURTH STREET, SUITE 1700
LAS VEGAS, NV 89101-6053

STANCORP MTG INVESTORS
19225 W. TRANASBOURNE DR., 3RD FLR
HILLSBORO, OR 97124-5836

SUN PEAK HOA C/O BRUCE H. SHAPIRO PC
331 RIO GRANDE STREET
SUITE 302
SALT LAKE CITY, UTAH 84101-1238

SUNSET 7, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET 8, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET I, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET II, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET III, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET IV, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET V, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSET VI, LLC
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

SUNSPEAK HOMEOWNERS ASSOCIATION
1950 BEAR HOLLOW DR.
PARK CITY, UT 84098-8524

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

TINA E ALPER
TRUSTEE TINA E ALPER REVOCABLE TRUST
PO BOX 22645
CARMEL CA 93922-0645

The Alexander Dawson Foundation
4045 South Spencer Street, Suite 312
Las Vegas, NV 89119-5248

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

W. GAYLER
4035 S. EL CAPITAN WAY
LAS VEGAS, NV 89147-3430

W. GAYLER SEP PROP TRUST
9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129-7723

WALKER-ZANGER
4701 S. CAMERON
LAS VEGAS, NV 89103-5238

WIENGARTEN REALTY
P.O. BOX 924133
HOUSTON, TX 77292-4133

WILLIAM BUORNACORSI
7924 ASPECT WAY
LAS VEGAS, NV 89149-6654

WILLIAM R. GODFREY
2716 N. TENAYA WAY
LAS VEGAS, NV 89128-0424

Weingarten Maya Tropicana, LLC
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008-1351
Attn: Jenny J. Hyun, Esq.

BARRY R MOORE
as Co-Trustee of the BAMM Living Trust
Dated July 16, 2003
Zachariah Larson, Esq.
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101-6719

Barry Moore
c/o Marquis Aurbach Coffing
Attn: Liane K. Wakayama, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

Cynthia E. Brown
as to Sunset V, LLC
c/o Marquis Aurbach Coffing
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

JEFFREY R. SYLVESTER
1731 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134-0516

Janie Moore
c/o Marquis Aurbach Coffing
Attn: Liane K. Wakyama, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

John O'Brien
Marquis Aurbach Coffing
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

Phillip S. Aurbach
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145-8857

Richard Plaut
as to Sunset V, LLC
c/o Marquis Aurbach Coffing
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

VICTORIA NELSON
3900 PARADISE RD, STE U
LAS VEGAS, NV 89169-0930

WALTER LOERWALD
C/O PRINCE & KEATING
3230 S BUFFALO DRIVE, STE 108
LAS VEGAS, NV 89117-2506

WILLIAM A GAYLER
9960 WEST CHEYENNE AVENUE
SUITE 160
LAS VEGAS, NV 89129-7723

WILLIAM A. GAYLER
2431 TECH CENTER CT., STE 100
LAS VEGAS, NV 89128-0804

William Godfrey
as to Sunset V, LLC
Marquis Aurbach Coffing
Attn: David A. Colvin, Esq.
10001 Park Run Drive
Las Vegas, NV 89145-8857

ZACHARIAH LARSON
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101-6719

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
POB 21126
PHILADELPHIA, PA 19114

(d)INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

THE HOME DEPOT
P.O. BOX 6029
THE LAKES, NV 88901-6029

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BARRY MOORE AS CO-TRUSTEE OF THE BAMM LIVI

(u)DONALD CAMPBELL, TRUSTEE OF THE DONALD J.

(u)Deutsche Bank National Trust Company, as T

(u)ICON REAL ESTATE SERVICES

(u)JANIE MOORE AS CO-TRUSTEE OF THE BAMM LIVI

(u)JOHN D. O'BRIEN, TRUSTEE OF THE JOHN D.

(u)Old Landing Trust

(d)Eliot A. Alper Revocable Trust
3535 Executive Terminal Drive
Suite 300
Henderson, NV 89052-4228

(u)BARRY R MOORE

(u)BYRON LEBOW

(u)DONALD J CAMPBELL

(u)JOHN ESPOSITO

(u)JOHN O'BRIEN

(u)LEROY LEORWALD

(u)LORRAINE ESPOSITO

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 190 |
| Bypassed recipients | 15 |
| Total | 205 |