**Electronically Filed: August 1, 2014**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Attorney for Victoria L. Nelson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER,<br><br>           Debtor. | Case No.: 09-31603-MKN<br>Chapter 7<br><br>**NOTICE OF HEARING ON FIRST APPLICATION OF ANDERSEN LAW FIRM, LTD. FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**<br><br>Hearing Date:  September 3, 2014<br>Hearing Time:  9:30 a.m. Pacific time<br>Courtroom:       2 |

## TO:  ALL INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that Andersen Law Firm, Ltd. (the "Firm"), counsel of record to Chapter 7 Trustee Victoria L. Nelson in the above-captioned bankruptcy case, has filed a *First Application of Andersen Law Firm, Ltd. for Interim Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application). Through the Application, the Firm requests interim allowance of $26,825.00 as compensation for legal services rendered and $445.86 as reimbursement for expenses incurred.  A copy of the Application is available on the docket of the above-captioned bankruptcy case.

**NOTICE IS FURTHER GIVEN** that any opposition to the relief requested in the Application must be filed pursuant to Local Rule 9014(d)(1), which provides:

> . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported affidavits or declarations that conform to the provisions of subsection (c) of [Local Rule 9014].

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the above-referenced Application will be held before a United States Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on **September 3, 2014, at the hour of 9:30 a.m. Pacific time.**

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

Dated this 1st day of August, 2014.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:   /s/ Ryan A. Andersen
      Ryan A. Andersen, Esq.
      Nevada Bar No. 12321
      415 South 6th Street, Suite 203B
      Las Vegas, Nevada 89101

*Attorney for Victoria L. Nelson,*
*Chapter 7 Trustee*

2 of 2